# Plaintiff's Exhibit (PX) 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | |
|     Plaintiff, | **Case No. _____** |
|     v. | |
| James D. Noland, Jr., a/k/a Jay Noland and J.D. Noland, individually and as an officer of Success By Media Holdings Inc. and Success By Media LLC; | **DECLARATION OF ADAM  ROTTNER** |
| Lina Noland, individually and as an officer of Success by Media Holdings Inc. and Success By Media LLC; | **DOCUMENT SUBMITTED UNDER SEAL** |
| Scott A. Harris, individually and as an officer of Success By Media LLC; | |
| Thomas G. Sacca, Jr., individually and as an officer of Success By Media LLC; | |
| Success By Media Holdings Inc., a corporation, also d/b/a Success By Health and Success By Media; and | |
| Success By Media LLC, a limited liability company, also d/b/a Success By Health and Success By Media, | |
|     Defendants. | |

## DECLARATION OF ADAM ROTTNER

### (Pursuant to 28 U.S.C. § 1746)

I, Adam Rottner, hereby state that I have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

1.      I am a United States citizen and am over eighteen years of age.  I am employed by

the Federal Trade Commission ("FTC" or the "Commission") as an Investigator in

the Division of Enforcement, Bureau of Consumer Protection.  My office address

is 600 Pennsylvania Ave., NW, CC-9528, Washington, DC 20580.

2.      As an Investigator with the FTC, my duties include investigating possible

violations of the laws and regulations the FTC enforces and possible violations of

Orders obtained by the Commission.

3.      I was assigned to work on the Commission's investigation of James D. Noland, Jr.

("Jay Noland").

4.      A number of attachments are included with this declaration.  In accordance with

FTC procedures and this Court's rules, information from some of these

attachments has been redacted in order to protect sensitive information such as

financial account numbers, personally identifiable information, and FTC

undercover identities.

## DESCRIPTION OF INVESTIGATIVE TOOLS AND SOURCES OF EVIDENCE

5.      As an FTC Investigator, my duties include the collection, analysis, and

preservation of evidence relevant to the investigations I conduct into potential

violations of the laws, regulations, and Orders the FTC enforces.  As part of this

investigation, I utilized numerous resources and tools, which I describe in detail

below.

6.      In my duties as an Investigator, I engage in discovering, reviewing, and capturing website content; making undercover calls and purchases; preserving evidence; and analyzing data as it relates to investigations to which I am assigned.

7.      For undercover investigations, I have credit card accounts, telephone numbers, mail drop locations, and email addresses that I use when making undercover purchases.  For this investigation, I used multiple undercover identities and email addresses associated with these undercover identities.  The email addresses were used exclusively for this investigation.

8.      *Adobe Acrobat Pro X Web Capture Tool*.  In conducting my investigation, I captured evidence from the Internet using a software program called Adobe Acrobat Pro X to record single webpages, or entire websites, as they existed on the day of the capture.  Adobe's program also has a tool that converts webpages or websites into portable document format (pdf) files.

9.      *Camtasia*.  Some website captures and videos were made using the Camtasia program, which records whatever is displaying on the computer monitor I am using.  I immediately convert Camtasia files into .mp4 files, which is a commonly used format for video and audio.

10.     *Snagit*.  Some website and image captures were made using the program Snagit, which takes an image of the computer screen, or a smaller selected area.  These files are typically jpeg image files, but I convert them to pdf files for compatibility reasons.

11.   *The Consumer Sentinel Network* ("CSN") is a secure database managed by the

FTC.  Only federal, state, and local law enforcement have access to the CSN.  The

CSN database consists of complaints and reports (collectively, "complaints") that

consumers submit via an online application, mailed letters, or through calling the

FTC's Consumer Response Center.  The CSN also compiles complaints from

external data contributors, such as the Consumer Financial Protection Bureau,

Better Business Bureau, state law enforcement agencies, and the U.S. Postal

Inspection Service.  Each complaint entered in the CSN is assigned a unique

reference number and is searchable by different fields, including primary or

associated company name, telephone number, type of violation, comments, or

other criteria.  I have access to the complaints through a web interface that CSN

users can access.  This access allows me to search the CSN for complaints.

12.   *Certified Transcripts.*  Below, I reference many video and audio recordings that I

downloaded from the internet or created during the investigation.  I sent some of

these video and audio recordings to For The Record, Inc., an FTC contractor.  For

The Record then created certified transcripts of these recordings and sent the

transcripts to me.  I obtained any transcript referenced below, including those

attached to this declaration, pursuant to this process.

## CORPORATE RECORDS

13.   I visited the State of Nevada's Secretary of State website

(https://www.nvsos.gov/sos/businesses) and utilized the Business Entity Search

feature.  I conducted searches for relevant organizations and obtained the

corporate records for the entities identified in the paragraphs below through the Secretary of State website.

14.    The articles of organization and other information regarding Success by Media LLC are attached hereto as **Attachment 1**.  This entity is in good standing, James and Lina Noland are its sole managers or managing members.

15.    The articles of organization and other information regarding Success by Media Holdings Inc. are attached hereto **Attachment 2**. This entity is in good standing, and James Noland is the registered agent.  James and Lina Noland are the sole directors and officers of Success By Media Holdings Inc.  James Noland is the President and Treasurer, and Lina Noland is the Secretary.

16.    The articles of organization and other information regarding Enhanced Capital Funding are attached hereto as **Attachment 3**. This entity is in good standing, and James Noland is the registered agent.  James Noland is the sole director and officer of Enhanced Capital Funding.  He is the President, Secretary, and Treasurer.

17.    I visited the Kentucky Secretary of State website (https://www.sos.ky.gov) and utilized the Business Filings & Records Online Services feature.  I conducted searches for relevant organizations and obtained the corporate records for Arcadia Integrated Solutions through FastTrack, the Kentucky Business One Stop Portal (https://app.sos.ky.gov/ftsearch/).

18.    Uncertified versions of the articles of organization and other information regarding Arcadia Integrated Solutions, a Kentucky entity, are attached hereto as

**Attachment 4**. According to those records, this entity was administratively dissolved on October 9, 2017 for failure to file an annual report. Scott Harris was the Registered Agent and President of Arcadia Integrated Solutions.

## CAPTURES OF PUBLIC WEBSITES

19. On March 27, 2019, I used an undercover FTC computer to perform research on Jay Noland and one of his current companies, Success By Health ("SBH"). I accessed the internet and entered the Uniform Resource Locator ("URL") for the SBH website, www.successbyhealth.com.

   a. I accessed the site and used the *Snagit* tool to capture a copy of the website homepage as it appeared on the computer monitor. A true and correct copy of the SBH website homepage is attached hereto as **Attachment 5**.

   b. I then clicked through the homepage menus, product links, and legal disclaimers.

      i. I clicked on the "Terms of Use" link, which (as seen in Attachment 5) is hyperlinked in the homepage's footer. I used the *Snagit* tool to capture a copy of the SBH Terms of Use. A correct copy of the SBH Terms of Use is attached hereto as **Attachment 6**.

      ii. I clicked on the "Affiliates" tab of the homepage and used the *Snagit* tool to capture a copy of the Affiliates section of the SBH website. A true and correct copy of the Affiliates section of the SBH website is attached hereto as **Attachment 7**.

20.   The Affiliates section contained a hyperlinked paragraph that said, "Click here to view our simple to understand, SBH Business Overview and Commission Plan."  I clicked on the hyperlink and downloaded a copy of the SBH Business Overview and Commission Plan.  A true and correct copy of the SBH Business Overview and Commission Plan page is attached hereto as **Attachment 8**.

21.   On October 28, 2019, I used an undercover FTC computer to visit the website of SBH's parent company, Success By Media ("SBM").  I accessed the internet and entered the URL www.successbymedia.com.

    a.   I accessed the site and used the *Snagit* tool to capture a copy of the SBM website homepage as it appeared on the computer monitor.  A true and correct copy of the SBM website homepage is attached hereto as **Attachment 9**.

    b.   I used the *Snagit* tool to capture a copy of the "Meet the Team" section of the SBM website.  A true and correct copy of the SBM "Meet the Team" section is attached hereto as **Attachment 10**.

22.   On December 31, 2019, I visited the webpage for the "Nestmann Group," at http://www.nestmann.com.  True and correct copies of the Nestmann Group homepage and About Us section are attached hereto as **Attachment 11** and **Attachment 12**, respectively.

23.   On December 31, 2019, I visited LinkedIn at https://www.linkedin.com/jobs/view/executive-assistant-at-success-by-media-1572438494/?originalSubdomain=uy to capture a job posting for an SBM

Uruguay office.  A true and correct copy of the job posting is attached hereto as **Attachment 13**.

24.    On December 13, 2019, I visited the Remax Collection website at https://www.remax.com/realestatehomesforsale/719-laurelwood-circle-bowling-green-ky-42103-gid600033785470.html.  I used the *Snagit* tool to capture a copy of the property listing, which was for Scott Harris's residence.  A true and correct copy of the real estate listing is attached hereto as **Attachment 14**.

## CAPTURES OF PUBLIC VIDEO AND AUDIO RECORDINGS

25.    On April 9, 2019, I used an undercover FTC computer to access the YouTube pages of Jay Noland and Success By Health.

    a.    I clicked on a video titled, "RED 2019 Is Coming!" and was redirected to https://www.youtube.com/watch?v=cb3TOOFggsA.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on February 8, 2019.  A true and correct copy of the "RED 2019 Is Coming!" video is attached hereto as **Attachment 15**.[1]  During the event, Attendees provided recorded comments to the camera.

        i.    At 1:47, Gabriel R., stated, "everything that we're learning here at Mr. Noland's RED event has been life-changing."

        ii.    At 1:53, Dino N. said, "amazing, it's mind-blowing."

---

[1] All video and audio recordings that I identify as attachments to this declaration are included on a DVD that the FTC will submit to the Court if the FTC's Motion for Leave to File a DVD Containing Audio and Video Files is granted.

      iii.  At 2:12, Dale P. said Noland "kinda gets subconsciously into you, and I feel that, 'cause his training style is really unique.'"

b.    The image below is a screenshot from Attachment 15.



c.    I clicked on a video titled, "RED - STRAIGHT TALK - NO JOKE" and was redirected to https://www.youtube.com/watch?v=8vp0pMCl0Tg.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on March 14, 2019.  A true and correct copy of the "RED - STRAIGHT TALK - NO JOKE" video is attached hereto as **Attachment 16**.

d.    I clicked on a video titled, "SBH Commission Plan" and was redirected to https://www.youtube.com/watch?v=dlRyR-qXG4M.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on November 7, 2017.  A true and correct copy of the "SBH Commission

Plan" video is attached hereto as **Attachment 17**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 18**.

e.    I clicked on a video titled, "SBH Plan B" and was redirected to https://www.youtube.com/watch?v=iW3SV94HwKA.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on October 30, 2017.  A true and correct copy of the "SBH Plan B" video is attached hereto as **Attachment 19**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 20**.

f.    I clicked on a video titled, "SBH Kickoff 2018 Highlight Reel" and was redirected to https://www.youtube.com/watch?v=Ktr52IRKBt0.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on December 20, 2018.  A true and correct copy of the "SBH Kickoff 2018 Highlight Reel" video is attached hereto as **Attachment 21**.  At 1:15, Teresa G. said, "[E]very single time [Jay Noland] makes me tear up because he pulls all that sincerity out.  You are, just, totally not doing yourself justice if you don't sit and give Jay the time that he deserves.  Your life will *totally* be different."  *Id.*

g.    I clicked on a video titled, "The Power Of A Jay Noland Boot Camp!" and was redirected to https://www.youtube.com/watch?v=OGyDbQTRxGw.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on December 11, 2017.  A true and correct copy of the "The Power Of A Jay Noland Boot Camp!" video is attached hereto as **Attachment 22**.

At 0:36, a Boot Camp attendee stated, "[T]his training has completely transformed my way of thinking.  And I, I'm ready to go out there and conquer."

h.   I clicked on a video titled, "SBH Energy! Part 2 (Turn Up Your Speakers)" and was redirected to https://www.youtube.com/watch?v=t1SQrvwlbjI.  I used the *Video DownloadHelper* in Firefox to capture the video.  A true and correct copy of the "SBH Energy! Part 2 (Turn Up Your Speakers)" video is attached hereto as **Attachment 23**.  At 1:29, Affiliate Sally S. said, "I met Jay Noland and realized that my life has been completely changed."

26.   On April 30, 2019, I used an undercover FTC computer to access the Success By Health YouTube page.  I clicked on a video titled, "SBH Live Group Presentation with CEO Jay Noland" and was redirected to https://www.youtube.com/watch?v=j-sfwoQkUtw.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on April 15, 2019.  A true and correct copy of the "SBH Live Group Presentation with CEO Jay Noland" video is attached hereto as **Attachment 24**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 25**.

27.   On August 20, 2019, I used an undercover FTC computer to access the Jay Noland and Success By Health YouTube pages.

a.   I clicked on a video titled, "Zija Presentation - Jay Noland as Guest Speaker - May 26, 2017" and was redirected to https://www.youtube.com/watch?v=QI7LNcw4pkg&list=PLvDugkqoljOjl8

twvhdE2IVo3SYvmYkYs.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on May 30, 2017.  A true and correct copy of the "Zija Presentation - Jay Noland as Guest Speaker - May 26, 2017" video is attached hereto as **Attachment 26**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 27**.

b.    I clicked on a video titled, "ICON 2019" and was redirected to https://www.youtube.com/watch?v=VF2wECTgKDs.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on August 17, 2019.  A true and correct copy of the "ICON 2019" YouTube video is attached hereto as **Attachment 28**.  The images below are all screenshots from that video.



28.    On August 14, 2019, I used an undercover FTC computer to access the Building Fortunes Radio Network at http://www.buildingfortunesradio.com/jo-dee-baer-

health-wealth-coach/.  I clicked on a link titled, "Jo Dee Baer Explains New MLM Compensation Plan Presented By Network Marketing Success By Health Jay Noland On Building Fortunes Radio Show With Peter Mingils," and then downloaded the audio file, "show_08-11-19.mp3."  A true and correct copy of the "show_08-11-19.mp3" audio file is attached hereto as **Attachment 29**, and a true and correct copy of a transcript of the recording is attached hereto as **Attachment 30**.

29.   On December 31, 2019, I used an undercover FTC computer to access the Scott Harris YouTube pages.  I clicked on a video titled, "SBH CEO & Founder Mr. Jay Noland stops by a Home CTM" and was redirected to https://www.youtube.com/watch?v=SiInAGBBdRo&list=PLzxJTbIS6YvV5JVlQ_ekd_lC4zgyojo6P.  I used the *Video DownloadHelper* in Firefox to capture the video, which was posted on June 27, 2018.  A true and correct copy of the "SBH CEO & Founder Mr. Jay Noland stops by a Home CTM" video is attached hereto as **Attachment 31**.  At 18:18, Noland tells the audience, "My son is laying down, 3 years old, already retired.  Is he sleeping good?  Does he even know it?  When he has a child, they're retired.  When the child's child has a child, they're retired. I got three generations done.  I'm working right now to finish my legacy."

### UNDERCOVER ENROLLMENTS IN SBH

30.   In April 2019, I received authorization to purchase a Success by Health Affiliate Membership starter pack.

31.     In April 2019, I accessed an undercover FTC computer and enrolled as an SBH
        Affiliate.  I will refer to the undercover identity that enrolled on this date as
        Undercover Identity "XX."

32.     In order to enroll, I navigated to the URL, https://successbyhealth.com/.  I selected
        the "Products" Tab and clicked on "Shop Now" in the drop down menu.  I was
        redirected to the URL, https://successbyhealth.com/product-catalog/?u-
        successbyhealth.  I scrolled through the product offerings and then clicked on the
        "Affiliates" tab.  I scrolled through the webpage and then clicked on the "Sign
        Up" button.

        a.      I was redirected to the URL, https://successbyhealth.com/affliliate-
                country/?u=successbyhealth.  On this page, I was asked to select my
                country of origin.  I selected the United States and pressed the "Continue"
                button.

        b.      I was redirected to URL, https://successbyhealth.com/affliliate-
                countrysignup/?u=successbyhealth&r=1.  This page contained the
                "Affiliate Signup Options" available to new affiliates.  I then selected the
                "Choose This Option" button under the "Affiliate Membership + Product
                Starter Pack."

        c.      I was redirected to URL,
                https://sbhmember.com/go/checkout/pay.php?uid=401562&pid=1312.
                This page describes the "Affiliate Membership + Product Starter Pack" and
                asks for the buyer's information.

d.   I scrolled through the signup page and then went to the "Membership Details" section, where I entered an undercover name, email address, physical address, and phone number in the boxes provided.

e.   I then created a username and password for the account, clicked a box accepting the Affiliate Terms of Use/Conditions (which were accessible via a link near the checkbox), and entered the undercover billing information. Below is a screenshot from this page showing the link to the SBH Terms of Use/Conditions.



f.   I clicked on "Enter Payment Info" and a popup box appeared asking for payment information.  I entered the undercover payment information and clicked on the "Use This Card" button.

g.    I was redirected to the previous page, which described the "Affiliate
      Membership + Product Starter Pack" and asked for the buyer's information.
      I clicked "Complete Signup."

h.    I was redirected to the Payment and Enrollment Confirmation page
      (https://sbh.member.com/go/checkout/pay.php?do=pay) and clicked the
      "Print Receipt" button in order to obtain a PDF of the receipt.  A true and
      correct copy of the SBH enrollment receipt is attached hereto as
      **Attachment 32**.

33.   After signing up, I navigated to the undercover email address used for Undercover
      Identity XX and was in receipt of an email with the title, "Welcome to Success By
      Health!"  A true and correct copy of the April 25, 2019 Success By Health
      welcome email is attached hereto as **Attachment 33**.  The email contained
      information and links to SBH specific products and trainings including the
      "private" SBH Heat Facebook Page and information to be used access to daily
      Heat Calls, both of which are discussed in-depth below.

34.   In August 2019, I used a second undercover identity, which I will refer to as
      Undercover Identity "YY," to sign up as an affiliate and purchase SBH products.  I
      enrolled as a member of Undercover Identity XX's downline team.

      a.    I navigated to the URL for XX's SBH affiliate website (which is a
            duplicate of the main SBH website), clicked on the "Products" Tab, and
            selected the "Shop Now" option from the dropdown menu.  I scrolled
            through the products and then clicked on the "Affiliates" tab.

b. I was redirected to URL, https://successbyhealth.com/affiliate-country/?u=[undercoveridentity].  On this page, I selected the United States as my country of origin and pressed the "Continue" button.

c. I was redirected to URL, https://successbyhealth.com/affiliate-signup/?u=[undercoveridentity]&r=1.  This page contained the "Affiliate Signup Options" available to new affiliates.  I scrolled through the options and then selected the "Choose This Option" button under the "Affiliate Membership (Only)."

d. I was redirected to the Affiliate Enrollment page (https://sbhmember.com/go/checkout/pay.php?uid=[UndercoverID]&pid=1 300).  I went to the "Membership Details" section, where I entered Undercover Identity YY's name, email address, physical address, and phone number in the boxes provided.

e. I then created a username and password for the account, accepted the terms and conditions, and entered YY's billing information.  Below is a screenshot showing the hyperlink to the terms and conditions.  I clicked on the terms and conditions, which revealed a pop up window.  These terms are **Attachment 34** to this declaration.  The terms appear to be the same as those contained in Attachment 6, which I had previously access via a link in the SBH homepage footer.

**AFFILIATE TERMS OF USE/CONDITIONS**

Every Success By Health affiliate must agree to abide by the official Affiliate Terms of Use/Conditions. Please *click here* to read the terms and click on the checkbox below to certify that you agree to adhere to the terms and conditions contained therein.

☐ By checking this box, I certify that I agree to the Affiliate Terms of Use/Conditions

**BILLING INFORMATION**

| | | |
|---|---|---|
| Name on Card * | 🔒 First | 🔒 Last |
| Country * | -- Select Country -- ▾ | |
| Address * | | |
| City * | | |
| State/Postal * | -- Select State/Province -- ▾ | Postal/Zip |

**PAYMENT METHOD**

**Enter Payment Info**

f.  I clicked on "Enter Payment Info" and a popup box appeared asking for payment information.  I entered the undercover payment information and clicked on the "Use This Card" button.

g.  I was redirected to the previous page, which described the "Affiliate Membership" and asked for Undercover Identity YY's information. I clicked "Complete Signup" and was redirected to the Payment and Enrollment Confirmation page (https://sbh.member.com/go/checkout/pay.php?do=pay). I used the *Snagit* tool to capture a copy of the Payment & Enrollment Confirmation page.  A

true and correct copy of the SBH Payment & Enrollment Confirmation is
attached hereto as **Attachment 35**.

h.    Undercover Identity YY's enrollment fee was $49.

i.    Because Undercover Identity YY enrolled through Undercover Identity

XX's website, YY became a member of XX's "downline."  XX's back

office confirmed that YY was a member of XX's downline.

35.    After signing up, I navigated to the undercover email address used in this matter

for Undercover Identity YY, and was in receipt of an email with the title,

"Welcome to Success By Health!"  A true and correct copy of the August 26, 2019

Success By Health welcome email is attached hereto as **Attachment 36**.  Among

other things, the email provided the URL for my copy of the SBH website,

through which I could sell SBH products.

### MATERIALS IN SBH AFFILIATE "BACK OFFICE"

36.    On April 25, 2019, after enrolling in SBH with Undercover Identity XX, I returned

to the order confirmation page and clicked on the "Login To Back Office" link.  I

was redirected to https://sbhmember.com/affiliates/login.php and entered XX's

undercover username and password.  I clicked "Login" and was redirected to the

SBH "Back Office" (https://sbhmember.com/affiliates/dashboard.php) where I

proceeded to click through and capture various pages.

a.    The SBH "Back Office" is a password-protected website operated by SBH

through which Affiliates can, among other things, access training materials,

track commissions, and buy products.

b.   I used Adobe Acrobat to download a copy of the SBH Affiliate Training materials as they appeared in the Back Office.  The SBH Affiliate Training materials contain various documents related to operations, sales, recruiting and commissions, and are to be used by SBH Affiliates in marketing and promoting the company.

i.   I downloaded the "SBH Group Presentation Invite Script (Coffee)" with the filename "2019-01-28 8a_SBHGroupPresentationInviteScriptCoffee.pdf."  A true and correct copy of the "SBH Group Presentation Invite Script (Coffee)" is attached hereto as **Attachment 37**.

ii.   I downloaded the "SBH Weekly Getting Started Training" with the filename "2018-01-02 13_SBHWeeklyGettingStartedTraining.pdf." A true and correct copy of the "SBH Weekly Getting Started Training" is attached hereto as **Attachment 38**.

iii.   I downloaded the "Fast Start System" with the filename "2019-01-24 SBH_FastStartSystem_v20190115.pdf."  A true and correct copy of the "Fast Start System" is attached hereto as **Attachment 39**.  The Fast Start System document contained links to audio files.  On December 31, 2019, I downloaded the file included in the "Auto-Order" section.  At 7:15 into that recording, Jay Noland tells Affiliates that a "great way for you to rank advance is through your

own personal purchases." A true and correct copy of the Fast Start System audio file is attached hereto as **Attachment 40**.

iv. I downloaded the "1 Year Commitment Form" with the filename "2019-01-28 1_1YearSBHCommitmentLetter.pdf." A true and correct copy of the "1 Year Commitment Form" is attached hereto as **Attachment 41**.

v. I downloaded "The Power of an Auto-Order Program" with the filename "2019-01-28 2_ PowerOfAnAutoOrderProgram.pdf." A true and correct copy of "The Power of an Auto-Order Program" is attached hereto as **Attachment 42**.

vi. I downloaded the "SBH Retail Sales Script" with the filename "2019-01-28 4_SBHRetailSalesScript.pdf." A true and correct copy of the "SBH Retail Sales Script" is attached hereto as **Attachment 43**.

vii. I downloaded "The SBH Prospecting System (Coffee and Tea)" with the filename "2019-01-28 6a_SBHProspectingSystemCoffee.pdf." A true and correct copy of "The SBH Prospecting System (Coffee and Tea)" is attached hereto as **Attachment 44**.

viii. I downloaded the "SBH Home Group Presentation Success Tips" with the filename "2019-01-28 7_SBHGroupPresentationTips.pdf." A true and correct copy of the "SBH Home Group Presentation Success Tips" is attached hereto as **Attachment 45**.

ix.  I downloaded the "SBH Group Presentation Invite Script (Pain and Inflammation)" with the filename "2019-01-28 8b_SBHGroupPresentationInviteScriptPainInflammation.pdf."  A true and correct copy of the "SBH Group Presentation Invite Script (Pain and Inflammation)" is attached hereto as **Attachment 46**.

x.  I downloaded the "Group Presentation SCRIPT" with the filename "2019-01-28 9 _SBHGroupPresentationScriptCTM.pdf."  A true and correct copy of the "Group Presentation SCRIPT" is attached hereto as **Attachment 47**.

xi.  I downloaded the "SBH 3-Way Call Script (Coffee)" with the filename "2019-01-28 10a_3WayCallScriptCoffee.pdf."  A true and correct copy of the "SBH 3-Way Call Script (Coffee)" is attached hereto as **Attachment 48**.

xii.  I downloaded the "SBH 3-Way Call Script (Nutrition)" with the filename "2019-01-28 10b_3WayCallScriptNutrition.pdf."  A true and correct copy of the "SBH 3-Way Call Script (Nutrition)" is attached hereto as **Attachment 49**.

xiii.  I downloaded the "SBH Affiliate Commission Plan" with the filename "2019-01-28 12_SBH6PhaseCommissionPlan.pdf."  A true and correct copy of the "SBH Affiliate Commission Plan" is attached hereto as **Attachment 50**.

      xiv.  I downloaded "The SBH Prospecting System (Nutrition)" with the filename "2019-01-29 6b_SBHProspectingSystemNutrition.pdf."  A true and correct copy of "The SBH Prospecting System (Nutrition)" is attached hereto as **Attachment 51**.

37.    On June 19, 2019, I again logged into Undercover Identity XX's SBH Back Office.  I downloaded the "SBH Business Overview" document with the file name "2019-05-31 SBH_BusinessOverview_v2019Q2v1D_HiRez.pdf."  A true and correct copy of the "SBH Business Overview" is attached hereto as **Attachment 52**.

38.    On August 4, 2019, I again logged into Undercover Identity XX's SBH Back Office.

      a.  I downloaded the "SBH Commission Plan 2.0" document with the file name "2019-08-02 SBH-Commissions-Plan-2.0_2019v190801A.pdf."  A true and correct copy of the "SBH Commision Plan 2.0" is attached hereto as **Attachment 53**.

      b.  I downloaded the "Commission Plan One Sheet" document with the file name "2019-08-02 SBH-CommPlan_OneSheet_2019Q3-v2.9-190801.pdf."  A true and correct copy of the "Commission Plan One Sheet" is attached hereto as **Attachment 54**.

      c.  I downloaded the "SBH Business Overview" document with the file name "2019-08-04 SBH_BusinessOverview_v2019Q3v0804_HiRez.pdf."  A true

and correct copy of the "Business Overview" is attached hereto as

**Attachment 55**.

39.     On October 31, 2019, I again logged into Undercover Identity XX's SBH Back

Office.  I navigated to the "Support & FAQ" section of the Back Office.

a.      I clicked on the "What is the SBH Shipping policy?" question to reveal the

answer to this frequently asked question.  **Attachment 56** to this

declaration is a true and correct copy of a screenshot showing this question

and answer.

b.      I clicked on the "How do refunds work?" question to reveal the answer to

this frequently asked question.  **Attachment 57** to this declaration is a true

and correct copy of a screenshot showing this question and answer.

40.     On November 21, 2019, I again logged into Undercover Identity XX's SBH Back

Office.  I downloaded the "VOZ Travel Presentation" document with the file name

"VOZ_TravelPresentation_SBH_v201911181356s_HiRez.pdf"  A true and correct

copy of the "VOZ Travel Presentation" is attached hereto as **Attachment 163**.

**DAILY SBH "HEAT" CALLS**

41.     In the course of my employment, I am authorized to record telephone

conversations with parties suspected of violating the FTC Act and rules enforced

by the FTC.  For these telephone calls, I use an undercover identity, address,

telephone number, email address, and other fictitious information.  I conduct the

undercover telephone calls at the FTC's office in Washington, DC.  Before placing

the calls, but after starting to record, I identify myself as an Investigator with the

FTC.  After ending calls, but before terminating the recording, I confirm my identity and the time the recording ended.  To preserve the recordings, I then copy them from the digital recorder to the FTC's network via the USB port on the digital recorder.

42.   As part of the SBH Affiliate Membership, Affiliates receive access to the SBH Daily Heat Call ("Heat Call"), hosted by SBH at 11:00 AM PST (2:00 PM EST), Monday through Friday.  These calls are typically hosted by SBH executive-level leadership.  On April 29, 2019, I began to call in to, and record, the SBH Daily Heat Calls.  At various times throughout the recording period, I sent audio recordings of the Heat Calls to For The Record, Inc., which then transcribed the recordings and sent the transcripts to me.

a.   On April 30, 2019, I dialed into the Heat Call using the phone number (425) 440-5010.  The Heat Call was hosted by Scott Harris.  A true and correct transcript of the April 30, 2019 call recording  is attached hereto as **Attachment 61**.

b.   On May 10, 2019, I dialed into the Heat Call using the phone number (425) 440-5010.  The Heat Call was hosted by Tommy Sacca.  A true and correct copy of the May 10, 2019 call recording is attached hereto as **Attachment 62**.  During the call, Sacca, referencing Jay Noland, says, "Tell me another company where their CEO is known as the millionaire maker." Attachment 62 at 27:00.

c.     On May 30, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Jay Noland.  A true and correct transcript of the May 30, 2019 call recording is attached hereto as **Attachment 64**.

d.     On June 4, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Robert Mehler.  A true and correct transcript of the June 4, 2019 call recording is attached hereto as **Attachment 66**.

e.     On June 20, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Robert Mehler.  A true and correct transcript of the June 20, 2019 call recording is attached hereto as **Attachment 68**.

f.     On June 25, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Scott Harris.  A true and correct transcript of the June 25, 2019 call recording is attached hereto as **Attachment 70**.

g.     On June 26, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Tommy Sacca.  A true and correct transcript of the June 26, 2019 call recording is attached hereto as **Attachment 72**.

h.     On August 1, 2019, the Heat Call was broadcast via internet due to the use of a visual presentation accompanying the call.  I used the Camtasia

program to record the Heat Call and simultaneous presentation, which was hosted by Jay Noland.  A true and correct copy of the August 1, 2019 video recording is attached hereto as **Attachment 73**, and a true and correct copy of a transcript of the recording is attached hereto as **Attachment 74**.

i.      On August 23, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Scott Harris.  A true and correct transcript of the August 23, 2019 call recording is attached hereto as **Attachment 76**.

j.      On August 27, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Tommy Sacca.  A true and correct transcript of the August 27, 2019 call recording is attached hereto as **Attachment 78**.

k.      On September 3, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Tommy Sacca.  A true and correct transcript of the September 3, 2019 call recording is attached hereto as **Attachment 80**.

l.      On September 5, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Robert Mehler.  A true and correct transcript of the September 5, 2019 call recording is attached hereto as **Attachment 82**.

m.      On September 18, 2019, I dialed into the Heat Call using the phone number (206) 402-0100.  The Heat Call was hosted by Scott Harris.  A true and

correct transcript of the September 18, 2019 call recording is attached hereto as **Attachment 84**.

43.   On September 20, 2019, I accessed the private SBH Heat Facebook page (described in greater detail below) and searched through member posts to locate recorded versions of the SBH Daily Heat calls.

    a.   I downloaded a recorded copy of the SBH Heat call dated November 1, 2018.  The host of the call was Jay Noland.  A true and correct copy of the call recording is attached hereto as **Attachment 85**, and a true and correct copy of a transcript of the recording is attached hereto as **Attachment 86**.

    b.   I downloaded a recorded copy of the SBH Heat call dated December 10, 2018.  The host of the call was Jay Noland.  A true and correct copy of the call recording is attached hereto as **Attachment 87**, and a true and correct copy of a transcript of the recording is attached hereto as **Attachment 88**.

44.   An FTC paralegal acting under my supervision made a record detailing each of the 170 daily heat calls that the FTC recorded live or downloaded at a later day and who was hosting the call.  Jay Noland hosted at least 38 calls.  Harris hosted at least 28 calls.  Sacca hosted at least 38 calls.

### EVIDENCE FROM PRIVATE SBH "HEAT" FACEBOOK PAGE

45.   In July 2019, I received authorization to establish an undercover Facebook account for use in this matter.  On August 8, 2019, I logged in to Facebook and created a Facebook user account for Undercover Identity YY.

46.     After enrolling in SBH as Undercover Identity YY, I clicked on the link in the

August 26, 2019 Success By Health welcome email (Attachment 36) for the

"Private SBH Heat FaceBook Page (Advanced Training, Updates,

Announcements)" with the URL

https://www.facebook.com/groups/1149728558462776/ and was redirected to

Facebook.

    a.     I received a message from Facebook that said, "This page isn't available[.]

The link you followed may be broken, or the page may have been

removed."

    b.     I logged into Facebook using the undercover credentials and then navigated

back to the August 26, 2019 Success By Health email in order to retry the

link.  I again received a message from Facebook that said, "This page isn't

available[.]  The link you followed may be broken, or the page may have

been removed."

    c.     I performed various searches within Facebook to locate the private group,

but was unable to do so.

47.     On August 27, 2019, I again attempted to access the private SBH Heat Facebook

group using the link (https://www.facebook.com/groups/1149728558462776/) in

the August 26, 2019 welcome email.

48.     The welcome email (Attachment 36) claimed that "You will be Approved to join

the Private SBH Heat FaceBook Group as soon as the SBH Staff confirms you are

an SBH Affiliate[,]" but the link failed to provide access to the Facebook group.

49.     On August 27, 2019, I established an account with Success By Media, the parent

company of Success By Health, in order to access the Support Center.  I created a

ticket in the Support Center on behalf of Undercover Identity YY, asking for

access to the Facebook Group.

50.     On August 31, 2019, I received a response from the "SBM Support Team," stating

someone would contact me through Facebook to give me access to the private site.

51.     On September 3, 2019, Undercover Identity YY received access to the private

SBH Facebook group.

52.     On September 5, 2019, I accessed the private SBH Heat Facebook page and used

the *Snagit* tool to capture a copy of the "Members" page, which listed all members

of the group.  Due to its length, I have excerpted the member list attached to this

Declaration to include only the first page.  A true and correct copy of the SBH

Heat Members page excerpt is attached hereto as **Attachment 90**.

    a.     The "Members" page identifies Jay Noland and Lina Noland as the group's

sole "Admins."

    b.     Tommy Sacca and Scott Harris are two of eight "Moderators" of the

Facebook group.

53.     On September 18, 2019, I accessed the private SBH Heat Facebook page and

navigated to the Documents page.  I proceeded to download the SBH documents

available for viewing on the site.

a.　　A true and correct copy of the "SBH Million Dollar Affiliate Personal Contract" from the private SBH Heat Facebook page is attached hereto as **Attachment 91**.

b.　　A true and correct copy of the " 3 X 3 - 5 X 5 SBH DUPLICATION CASH PROMOTION – DETAILS" document from the private SBH Heat Facebook page is attached hereto as **Attachment 92**.

54.　　On September 18, 2019, I accessed the private SBH Heat Facebook page and navigated to the Videos page.  I reviewed and downloaded many of the videos contained in the private SBH Heat page.

a.　　I downloaded a video by Jay Noland with the date of May 27, 2019.  The title of Noland's post is "SBH Millionaire Mentorship Training...."  A true and correct copy of this video is attached hereto as **Attachment 93**.  During the video, Noland explains that having products causes Affiliates to "lose the faith" in selling the "vision."  Attachment 93 at 49:46.

b.　　I downloaded an untitled video by Harris with the date of May 31, 2019.  A true and correct copy of this video is attached hereto as **Attachment 94**.  During the video, Harris stated that he would buy $2,000-3,000 in products to achieve higher ranks.  Attachment 94 at 12:30.

c.　　I downloaded a video by Sacca with the date of August 3, 2019.  The title of Sacca's post is "CEO Success Saturday."  A true and correct copy of this video is attached hereto as **Attachment 95**.  During the video, Noland, who was also in attendance, said the only way Affiliates could fail to get

wealthy if they and their downline teams attended his trainings was "to shoot yourself in the head."  Attachment 95 at 1:52:20.

d.   I downloaded an untitled video by Sacca with the date of August 31, 2019. A true and correct copy of this video is attached hereto as **Attachment 96**. During the video, Sacca stated that consumers "are using multiple credit cards to get to Icon because they . . . see the value."  Attachment 96 at 1:29.

55.   On September 19, 2019, I accessed the private SBH Heat Facebook page and navigated to the Videos page.  I reviewed and downloaded many of the videos contained in the private SBH Heat page.

a.   I downloaded a video by Jay Noland with the date of January 6, 2019.  The title of Noland's post is "PUSH to ORLANDO!"  A true and correct copy of this video is attached hereto as **Attachment 97**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 98**.

b.   I downloaded a video by Jay Noland with the date of January 16, 2019. The title of Noland's post is "SBH Millionaire Mentorship Training!"  A true and correct copy of this video is attached hereto as **Attachment 99**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 100**.

c.   I downloaded an untitled video by Harris with the date of January 25, 2019. A true and correct copy of this video is attached hereto as **Attachment 101**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 102**.

d.  I downloaded an untitled video by Sacca with the date of February 2, 2019. A true and correct copy of this video is attached hereto as **Attachment 103**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 104**.

e.  I downloaded a video by Jay Noland with the date of March 1, 2019. The title of Noland's post is "The Difference...." A true and correct copy of this video is attached hereto as **Attachment 105**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 106**.

f.  I downloaded a video by Sacca with the date of April 7, 2019. The title of Sacca's post is "SBH 10 x 10 Training." A true and correct copy of this video is attached hereto as **Attachment 107**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 108**.

g.  I downloaded a video by Jay Noland with the date of April 10, 2019. The title of Noland's post is "SBH Millionaire Mentorship Training...." A true and correct copy of this video is attached hereto as **Attachment 109**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 110**.

h.  I downloaded a video by Harris with the date of April 23, 2019. The title of Harris's post is "April Promotions / Red Promotions / $2,000,000 International Takeover Challenge / CORE Announcement." A true and correct copy of this video is attached hereto as **Attachment 59**, and a true

and correct copy of the transcript of the video is attached hereto as

**Attachment 138**.

56.   On September 20, 2019, I accessed the private SBH Heat Facebook page and

navigated to the Videos page.  I reviewed and downloaded many of the videos

contained in the private SBH Heat page.

     a.   I downloaded an untitled video by Jay Noland with the date of January 10,

2018.  A true and correct copy of this video is attached hereto as

**Attachment 111**.  In this video, Noland threatened to report to the police,

for theft, any Affiliate who requests a chargeback.  Attachment 111 at 5:10.

     b.   I downloaded a video by Jay Noland with the date of March 15, 2018.  The

title of Noland's post is "Hot Housekeeping and Tips..."  A true and correct

copy of this video is attached hereto as **Attachment 112**, and a true and

correct copy of the transcript of the video is attached hereto as **Attachment

113**.

     c.   I downloaded a video by Harris with the date of August 20, 2018.  The title

of Harris's post is "Field Update from Sr. Field Advisor Scott Harris."  A

true and correct copy of this video is attached hereto as **Attachment 114**.

During the video, Harris asked consumers to send their complaints and

questions directly to him (rhinohelps@gmail.com) and Sacca

(tommysaccalegacy@gmail.com) rather than the Nolands.  Attachment 114

at 7:32.  Harris also said:  "[Jay Noland] is the CEO, the founder, he put

everything together, he's working the products, he's working with website

stuff, he's working with pretty much everything you see.  Mr. Noland and his wife Lina Noland, they're all involved in all of it."  *Id.* at 7:45.

d.  I downloaded a video by Jay Noland with the date of September 2, 2018. The title of Noland's post is "MASSIVE ANNOUNCEMENTS!"  A true and correct copy of this video is attached hereto as **Attachment 115**. During the video, Noland explained that he was, for the first time, allowing Affiliates to make online sales to non-Affiliates through the Affiliates' SBH-provided websites.  Attachment 115 at 32:08.

e.  I downloaded a video by Jay Noland with the date of October 3, 2018.  The title of Noland's post is "SBH State of the Union..."  A true and correct copy of this video is attached hereto as **Attachment 116**.  During the video, Noland stated that SBH sold out of all products for a "month, month-and-a-half" at the beginning of 2018.  Attachment 116 at 14:52.

57.  On September 24, 2019, I accessed the private SBH Heat Facebook page and navigated to the Videos page.  I reviewed and downloaded many of the videos contained in the private SBH Heat page.

a.  I downloaded a video by Jay Noland with the date of November 23, 2018. The title of Noland's post is "High Level SBH Training for #3s!"  A true and correct copy of this video is attached hereto as **Attachment 117**. During the video, Noland tells Affiliates that they can't "say exact income to recruit" new Affiliates to SBH, but that they can say that one Affiliate

made more money in two weeks than most people make in 4-5 months.
Attachment 117 at 27:45.

b.      I downloaded a video by Jay Noland with the date of January 21, 2019.
The title of Noland's post is "SBH Millionaire Mentorship Training!
ONLY FOR #3s for REAL..."  A true and correct copy of this video is
attached hereto as **Attachment 118**.  During the video, Noland tells
Affiliates that "[a]ll you gotta do is build a ten-by-ten-by-ten" and that
when the fourth tier is about "halfway done, you're a millionaire per year,
residually."  Attachment 118 at 45:18.

c.      I downloaded a video by Jay Noland with the date of November 20, 2017.
The title of the post by Noland is "SBH UPDATE..."  A true and correct
copy of this video is attached hereto as **Attachment 119**.  During the video,
Noland tells Affiliates that SBH will "run out of product from time to
time," but they "[shouldn't] worry about it, keep ordering, keep moving,
keep pushing."  Attachment 119 at 8:48.

d.      I downloaded a video by Jay Noland with the date of December 4, 2017.
The title of the post by Noland is "Training... Recruiting by Working Your
Net."  A true and correct copy of this video is attached hereto as
**Attachment 120**.  During this video, Noland said, "I've made so much
[money] that the Government has told me I can't even talk to people about
how much I make.  They said it unfairly entices people if people figure out
how much I've made in the direct sales industry.  Let's just say I've made

more than most people will make in 10 lifetimes, or maybe even 20."
Attachment 120 at 4:43.

e.    I downloaded a video by Jay Noland with the date of December 6, 2017.
The title of the post by Noland is "Millionaire Mentorship Training w/ Jay
Noland." A true and correct copy of this video is attached hereto as
**Attachment 121**.  During the video, Noland claims that his past trainees
acquired "Lamborghinis; Rolls Royces; Bentleys; multimillion-dollar
homes in single-, double-, and trip-gated communities."  Attachment 121 at
25:15.  Noland also encourages his online audience to each type, "I'm
going to be a millionaire in SBH."  *Id.* at 13:44.  Approximately 100
Affiliates did so.  I have attached screenshots of some of these Affiliates
comments as **Attachment 122**.  As seen as in Attachment 122, Sacca
wrote, "Millionaire thru SBH!!  Guaranteed!"

f.    I downloaded a video by Jay Noland with the date of December 19, 2017.
The title of the post by Noland is "Updates... Communication..."  A true
and correct copy of this video is attached hereto as **Attachment 123**.
During the video, Noland explained that he would not stop taking orders
when products sold out, even after receiving complaints.  Noland, in fact,
acknowledged receiving eight complaints in the prior 4-5 days.  He also
told SBH Affiliates not to complain about product shipping delays because
they should simply "sell the vision."  Attachment 123 at 26:30, 30:24, and
36:15.

g.   I downloaded a video by Jay Noland with the date of December 20, 2017. The title of Noland's post is "SBH Millionaire Mentorship Training."  A true and correct copy of this video is attached hereto as **Attachment 124**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 125**.

h.   I downloaded a video by Jay Noland with the date of February 5, 2018. The title of Noland's post is "SBH Millionaire Mentorship Training- Part 3."  A true and correct copy of this video is attached hereto as **Attachment 126**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 127**.

i.   I downloaded a video by Jay Noland with the date of February 14, 2018. The title of the post by Noland is "Updates..."  A true and correct copy of this video is attached hereto as **Attachment 128**.  During the video, Noland referenced 200 unfulfilled "back orders" from December 2017 and January 2018 and stated, "[i]f you complain, great chance you're going to be terminated.  Out.  Bam! . . . Can't complain, it's one of the rules.").  Attachment 128 at 19:30, 21:01.

j.   I downloaded a video by Jay Noland with the date of April 6, 2018.  The title of the post by Noland is "SBH CEO Updates..."  A true and correct copy of this video is attached hereto as **Attachment 129**.  During the video, Noland promised to create "1,000 millionaires" through SBH  and explained that lack of inventory is actually a benefit to Affiliates because

"the bigger vision you sell, the bigger paycheck you get" and "the more you need to have in your hand, the less you get to have in your future." Attachment 129 at 18:58 and 18:00.

k.   I downloaded a video by Jay Noland with the date of June 17, 2018.  The title of Noland's post is "SBH Leadership Training w/ CEO Jay Noland..." A true and correct copy of this video is attached hereto as **Attachment 130**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 131**.

l.   I downloaded a video by Jay Noland with the date of July 15, 2018.  The title of Noland's post is "SBH Leadership Training 7/15/2018."  A true and correct copy of this video is attached hereto as **Attachment 132**, and a true and correct copy of the transcript of the video is attached hereto as **Attachment 133**.

m.   I downloaded a video by Jay Noland with the date of September 21, 2018. The title of the post by Noland is "How to be a MILLIONAIRE in SBH..." A true and correct copy of this video is attached hereto as **Attachment 134**. During the video, Noland claimed that with his training, "you're gonna be a millionaire," later reiterating, "you will be a millionaire if you apply this training."  He also discussed "how to be a millionaire in SBH," by stating that "If people wanna be a dumbass [by declining to join SBH], let them be a dumbass!  You don't need everybody. . . . You only need ten!" Attachment 134 at 46:12, 57:40, 49:00.

n.    I downloaded a video by Jay Noland with the date of September 23, 2018.

The title of Noland's post is "Don't Choose To Live With Regrets... A

Think and Grow Rich Lesson..."  A true and correct copy of this video is

attached hereto as **Attachment 135**, and a true and correct copy of the

transcript of the video is attached hereto as **Attachment 136**.

o.    I downloaded a video by Jay Noland with the date of October 5, 2018.  The

title of the post by Noland is "Product Shipping Update..." A true and

correct copy of this video is attached hereto as **Attachment 137**.  During

the video, Noland referred to Affiliates with product complaints as "little

gnats" and stated, "We're having just a crazy amount of people calling our

800 number asking where their orders are at.  That means just terrible

leadership.  So whoever's referring those people, they're doing a terrible

job, and we're researching that out right now. . . . There's just gonna be

some people, they can't be a part of SBH anymore . . . . I've got to do

what's called pruning . . . which means we've gotta pluck some people out

that just don't get it."  Attachment 137 at 5:50, 2:35.

58.    On October 8, 2019, I accessed the private SBH Heat Facebook page and

navigated to the Videos page.  I downloaded a video (titled a "Strategic

Mastermind Webinar") by Jay Noland with the date of October 7, 2019.  A true

and correct copy of the video is attached hereto as **Attachment 139**, and a true and

correct copy of the transcript of the video is attached hereto as **Attachment 140**.

59.    On October 21, 2019, I accessed the private SBH Heat Facebook page and

navigated to the Videos page.  I reviewed and downloaded many of the videos

contained in the private SBH Heat page.  I downloaded a video by Jay Noland

with the date of October 20, 2019.  The title of the post by Noland is "SBH

Leadership Part 2."  A true and correct copy of this video is attached hereto as

**Attachment 141**.  During the video, Noland stated, "When a person joins, I'm

like, 'great, way to go.'  But I'm not super fired up until that person recruits

somebody else to join.  When they recruit somebody else to join, I go, 'Alright!

Now okay, I've got somebody now.  I've got me an inviter.'  See the most

important thing in this industry if you want residual income, you have to recruit

inviters.  If you don't recruit inviters, you still have a job."  Attachment 141 at

10:30.  Later during the same video, Noland said, "I learned how to make $20,000

in a month in this industry.  Do y'all know what's happened since then?  [T]he

Government says I can't tell people.  It will unfairly entice people if I tell them.

It's ridiculous."  *Id.* at 24:30.

60.    On December 5, 2019, I accessed the private SBH Heat Facebook page and

navigated to the Videos page.  I reviewed and downloaded many of the videos

contained in the private SBH Heat page.

a.    I downloaded a video by Jay Noland with the date of November 22, 2019.

The title of the post by Noland is "Important Announcements and

Updates!"  A true and correct copy of this video is attached hereto as

**Attachment 142**.  During the video, Noland made reference to his "home in beautiful Uruguay."  Attachment 142 at 0:27.

b.   I downloaded a video by Jay Noland with the date of December 4, 2019. The title of the post by Noland is "Urgent SBH Leadership Training...."  A true and correct copy of this video is attached hereto as **Attachment 143**. During the video, Noland describes the new SBH office in Uruguay and details his effort to build out staff and put together a call center. Attachment 143 at 1:23, 10:35.

c.   When reviewing the videos posted by Jay Noland to the SBH Heat Facebook page, I noticed that Noland referred to some of those videos as "Millionaire Mentorship" trainings.  In particular, the videos posted on the following dates were "Millionaire Mentorship" trainings:  December 6, 2017; December 20, 2017; February 5, 2018; November 5, 2018; January 9, 2019; January 25, 2019; and May 27, 2019.  This list is not intended to be, and may not be, exhaustive.

61.   On December 2, 2019, I counted 152 videos on the SBH Heat Facebook page posted by Jay Noland, 186 videos on the SBH Heat Facebook page posted by Tommy Sacca, and 50 videos on the SBH Heat Facebook page posted by Scott Harris.

62.   On September 8, 2019, I downloaded a video posted to Facebook by Jay Noland on August 20, 2019.  In that video, at 19:35, Noland (located in Panama) states that he has been absent from his and Lina Noland's Las Vegas home since June 1,

2019.  He then explains that he will next be going to his "house over in Colombia" and that he previously was in Uruguay.  Noland also (at 1:30 in the video) identifies a house that he purchased in Panama in 2012 and describes the potential purchase of another "oceanfront lot[]" in Panama.  A true and correct copy of this video is attached hereto as **Attachment 89**.

63.  In October 2019, I began reviewing posts made to the discussion board on the SBH Heat Facebook page (and Defendants' personal pages if so indicated below).

a.  I retrieved a copy of a post by Jay Noland, dated October 20, 2017.  A true and correct copy of that Facebook post is attached hereto as **Attachment 144**.

b.  I retrieved a copy of a post by Jay Noland, dated November 20, 2017.  A true and correct copy of that Facebook post is attached hereto as **Attachment 145**.

c.  I retrieved a copy of a post by Jay Noland, dated December 8, 2017.  A true and correct copy of that Facebook post is attached hereto as **Attachment 146**.

d.  I retrieved a copy of a post by Lina Noland to her personal Facebook page, dated May 24, 2018.  A true and correct copy of that Facebook post is attached hereto as **Attachment 147**.

e.  I retrieved a copy of a post by Lina Noland to her personal Facebook page, dated September 7, 2018.  A true and correct copy of that Facebook post is attached hereto as **Attachment 148**.

f.  I retrieved a copy of a post by Lina Noland, dated January 31, 2019.  A true and correct copy of that Facebook post is attached hereto as **Attachment 149**.

g.  I retrieved a copy of a post by Lina Noland, dated March 7, 2019.  A true and correct copy of that Facebook post is attached hereto as **Attachment 150**.

h.  I retrieved a copy of a post by Lina Noland to her personal Facebook page, dated July 10, 2019.  A true and correct copy of that Facebook post is attached hereto as **Attachment 151**.

i.  I retrieved a copy of a post by Lina Noland, dated September 13, 2019.  A true and correct copy of that Facebook post is attached hereto as **Attachment 152**.

## UNDERCOVER PRODUCT PURCHASES AND COMMISSION TRACKING

64.  In addition to other forms of compensation, SBH Affiliates earn percentage-based commissions on total sales volume at various "tiers" within their downlines.  "Tier 0" is the Affiliate himself or herself.  "Tier 1" is recruits of the Tier 0 Affiliate. "Tier 2" is the Tier 1 Affiliates' recruits, "Tier 3" is the Tier 2 Affiliates' recruits, and so on.  After enrolling in SBH on August 26, 2019, Undercover Identity YY was in Undercover Identity XX's Tier 1.

65.  On June 24, 2019, Undercover Identity YY (prior to enrolling in SBH as an Affiliate), purchased SBH products through Undercover Identity XX's affiliate website.

a.    As Undercover Identity YY, I navigated to XX's affiliate-specific URL provided by SBH, clicked on the "Products" Tab, and selected the "Shop Now" option from the dropdown menu.  I scrolled through the product offerings.  I saved a copy of the products page to PDF.  A true and correct copy of the SBH products page is attached hereto as **Attachment 153**.

b.    I navigated to the "beverages" section of the webpage and clicked the button, "See More."

c.    I scrolled through the product offerings and then returned to the "Shop Now" section of the "Products" menu, where I added products to my cart.  I then clicked the "Add/Update Cart" button to checkout.

d.    I was redirected to https://successbyhealth.com/product-cart/u=[undercoveridentity].  I was prompted to "Enter Email to Continue." I entered the undercover email address for YY and clicked on the "Submit" button.

e.    I was redirected to the "Customer Registration" page where I created a password for the account and entered the undercover shipping information. Once complete, I clicked on the "Next" button.

f.    I was redirected to the "Review Your Order & Pay" page, where I entered YY's undercover name and address in the "Pay with Credit Card" section. I then clicked on the "Securely Enter Credit Card" button.

g.  I was redirected to a page asking for credit card information, entered the undercover payment information, and clicked on the "Use This Card" button.

h.  I was redirected to the previous page ("Review Your Order & Pay") where I received a message stating, "We're validating your card with our processor and we're ready to complete your order.  Simply click on the 'Finalize Order' button below."  I clicked on the "Finalize Order" button and was redirected to an order receipt.

i.  Throughout the entire ordering process, SBH did not disclose a shipping date for my order, nor did SBH display its terms and conditions.  I was not required to check any box indicating that I had reviewed or agreed to any terms and conditions.

j.  Throughout XX's (and later YY's) time as an Affiliate, SBH did not ask if, or how, XX (or YY) used or sold products, including whether XX (or YY) sold any products to actual users of the products or non-Affiliates.

k.  In all of the SBH materials I reviewed, in all parts of the SBH website I accessed, and in all the SBH videos and conference calls I monitored or watched, I never saw any indication that SBH tracks whether Affiliates buy products to consume personally or tracks whether Affiliates resold products to someone to use the product personally.  I did hear on many of the daily Heat calls Affiliates were asked to share stories about in-person salesand also saw similar posts on the SBH Heat Facebook page.  Typically,

however, these stories were anecdotal about sales of one bag of coffee.
There was no indication that such sales affected the Affiliate's
compensation from SBH.

66.   After purchasing, I navigated to the undercover email address used in this matter
for Undercover Identity YY, and was in receipt of an email with the title, "Success
By Health Purchase Receipt."  A true and correct copy of the June 24, 2019
Success By Health Purchase Receipt email is attached hereto as **Attachment 154**.
The Receipt shows a purchase price of $46.00, excluding shipping and handling.

67.   According to the SBH Commission Plan that was in place in June 2019 (See
Attachment 50), YY's product purchase qualifies the referring affiliate
(Undercover Identity XX) to a 10% commission.  Therefore, Undercover Identity
XX should have received $4.60 in commission for Undercover Identity YY's
purchase.  No commission was ever processed, according to the "Wallet" section
of Undercover Identity XX's back office.  Specifically, even after this purchase,
that section (pictured below as captured on July 2, 2019) continued to show
"Available Funds"—which "are the total of all commissions earned, amounts
deducted for your Success By Health orders placed using your wallet, and any fees
and reversals"—of $0.



68.     On August 12, 2019, I again used Undercover Identity YY (prior to YY's

enrollment as an Affiliate) to purchase SBH products through Undercover Identity

XX's affiliate website.

a.     I navigated to XX's affiliate specific URL provided by SBH, clicked on the

"Products" Tab and selected the "Shop Now" option from the dropdown

menu.  I scrolled through the product and added products to my cart.  I then

clicked the "Add/Update Cart" button to checkout.

b.     I was redirected to https://successbyhealth.com/product-cart/u=[undercover

identity].  I was prompted to "Enter Email to Continue." I entered the

undercover email address used in this matter for Undercover Identity YY,

and clicked on the "Submit" button.

c.     I was redirected to a page that prompted me to "Login for Speedy

Checkout."  I clicked "Continue As Guest" and was redirected to the

"Customer Registration" page where I created a password for the account and entered the undercover shipping information.  Once complete, I clicked on the "Next" button.

d.    I was redirected to the "Review Your Order & Pay" page where I entered the undercover name and address in the "Pay with Credit Card" section.  I then clicked on the "Securely Enter Credit Card" button.

e.    I was redirected to a page asking for credit card information, entered the undercover payment information, and clicked on the "Use This Card" button.

f.    I was redirected to the previous page ("Review Your Order & Pay").  I clicked on the "Finalize Order" button and was redirected to an order receipt.

69.    After purchasing, I navigated to the undercover email address used in this matter for Undercover Identity YY, and was in receipt of an email with the title, "Success By Health Purchase Receipt."  A true and correct copy of the August 12, 2019 Success By Health Purchase Receipt email, which shows a purchase price of $118,is attached hereto as **Attachment 155**.

70.    According to the SBH Commission Plan in place in August 2019 (see Attachment 53), YY's product purchase qualifies the referring affiliate (Undercover Identity XX) for a 10% commission.  Therefore, Undercover Identity XX should have received $11.80 in commission for Undercover Identity YY's purchase.  Thus, combined with YY's earlier purchase, XX's cumulative commission should have

equaled $16.40.  No commission was ever processed, according to the "Wallet"

section of Undercover Identity XX's back office.

71.    Throughout the entire ordering process, SBH did not disclose a shipping date for

my order, nor did SBH display its terms and conditions.  I was not required to

check any box indicating that I had reviewed or agreed to any terms and

conditions.

72.    On August 12, 2019, I used Undercover Identity XX to purchase SBH products

through XX's SBH "Back Office."

a.    I navigated to the affiliate login page

(www.sbhmember.com/affiliates/login.php) and entered the undercover

username and password.  I was redirected to the Back Office Dashboard

page for Undercover Identity XX

(www.sbhmember.com/affiliates/dashboard.php).  I clicked on the "Orders"

tab and was redirected to

www.sbhmember.com/affiliates/shop/products.php.  I scrolled through the

products and added products to my cart.  I then clicked the "Checkout/View

Cart" button to checkout.

b.    I was redirected to www.sbhmember.com/affiliates/shop/cart.php.  This

page indicated that my current wallet balance was "$0.00."

c.    I clicked on the "Pay With Credit Card" button and was redirected to

www.sbhmember.com/affiliates/shop/pay.php.  I then clicked on the "Enter

Payment Info" button and was redirected to a page asking for credit card

information.  I entered the undercover payment information and clicked on

the "Use This Card" button.

d.   I was redirected to the previous page.  There was a checkbox that said,

"Check this box to confirm you agree to the Affiliate Terms of Use."  The

Terms of Use were hyperlinked.  I checked the box and clicked on the "Pay

with Credit Card" button and was redirected to an order receipt.

73.   After purchasing, I navigated to the undercover email address used in this matter

for Undercover Identity XX, and was in receipt of an email with the title, "Success

By Health Purchase Receipt."  A true and correct copy of the August 12, 2019

Success By Health Purchase Receipt email, showing a purchase price of $59 is

attached hereto as **Attachment 58**.

74.   Throughout the entire ordering process, SBH did not disclose a shipping date for

XX's order, nor did SBH display its terms and conditions.

75.   According to the SBH Commission Plan in place in August 2019 (See Attachment

___), XX's product purchase qualifies XX for a 10% commission.  Therefore, XX

should have receive $5.90 in commission for his purchase.  Thus, combined with

YY's two purchases, XX's cumulative commission should have equaled $22.30.

No commission was ever processed, according to the "Wallet" section of

Undercover Identity XX's back office.  Specifically, even after this purchase, that

section (pictured below as captured on August 13, 2019) continued to show

"Available Funds"—which "are the total of all commissions earned, amounts

deducted for your Succss By Health orders placed using your wallet, and any fees

and reversals"—of $0.00.



76.     On October 15, 2019, I established an account with the parent company of Success

By Health, Success By Media, for Undercover Identity XX in order to access the

Support Center.  I created a ticket in the Support Center on behalf of XX, asking

about the status of commissions owed to XX.  Despite receiving a message that

said the company would "respond shortly," I have never received a response.  A

true and correct copy of the October 15, 2019 Support Ticket is attached hereto as

**Attachment 156**.

77.     On November 21, 2019, I used Undercover Identity XX to purchase the Success

By Health Magazine ("SBH Mag") through the SBH Back Office.

a.   I navigated to the affiliate login page (www.sbhmember.com/affiliates/login.php) and entered the undercover username and password. I was redirected to the Back Office Dashboard page for Undercover Identity XX (www.sbhmember.com/affiliates/dashboard.php).  I clicked on the "Orders" tab and selected the "shopping" option.  I was redirected to www.sbhmember.com/affiliates/shop/products.php. I scrolled through the product and added the SBH Mag to my cart.  I then clicked the "Checkout/View Cart" button to checkout.

b.   I was redirected to www.sbhmember.com/affiliates/shop/cart.php.  This page indicated that my current wallet balance was "$0.00."

c.   I clicked on the "Pay With Credit Card" button and was redirected to www.sbhmember.com/affiliates/shop/pay.php.  I then clicked on the "Enter Payment Info" button and was redirected to a page asking for credit card information.  I entered the undercover payment information and clicked on the "Use This Card" button.

d.   I was redirected to the previous page.  There was a checkbox that said, "Check this box to confirm you agree to the Affiliate Terms of Use."  I checked the box, clicked on the "Pay with Credit Card" button, and was redirected to an order receipt.

78.   Throughout the entire ordering process, SBH did not disclose a shipping date for my order, nor did SBH display its terms and conditions.

79.     As of January 2, 2020, the "Wallet Register" in XX's Back Office continued to show "Available Funds"—which "are the total of all commissions earned, amounts deducted for your Success By Health orders placed using your wallet, and any fees and reversals"—of $0.00.



        a.      After previous purchases, I noticed a prompt on the wallet page that said, "Doh!  You haven't setup your ACH Info!  In order to request money from your wallet for payout, you'll need to setup your ACH bank account information."  Prior to purchasing the SBH Magazine, I updated the account to include ACH information.  Despite this, the wallet still does not show commission.

## **SBH MAGAZINE**

80.     As stated above, on November 21, 2019, I used Undercover Identity XX to purchase copies of the SBH Magazine.  I reviewed the magazine and have

included true and correct copies of the cover page, table of contents, and pages 4-5; 8; 10-13; 20-21; 26 42-43; and 50-51.  These pages are attached hereto as **Attachment 157**.

## ST. LOUIS TRAINING EVENT

81.     During a review of the posts in the SBH Heat Facebook page, I came across a July 8, 2019 posting from Scott Harris ("Harris") regarding an upcoming training. The training was set to take place on November 16 in Arnold, MO, just outside of St. Louis.  A true and correct copy of the July 8, 2019 Facebook posing is attached hereto as **Attachment 158**.

82.     In November 2019, I received authorization to travel to St. Louis, MO and attend the in-person training. The training was being held at the Arnold, MO Quality Inn. The address of the event was 3610 West Outer Road, Arnold, MO 63010.

83.     In order to attend the event, I had to register at the website, www.sbhsuccesssaturday.com/stlouis.  Registration cost $25.00 per affiliate and was payable to Harris at shrhino@aol.com through Paypal.  True and correct copies of the registration website and confirmation receipt are attached hereto as **Attachment 159** and **Attachment 160**, respectively.

84.     On Saturday, November 16, 2019, I went to the Quality Inn for the event. Approximately three hours into the event, Harris stated, "Guess what we're doing now?  We're selling our house.  We're gonna get us a place somewhere in the United States – we ain't decided yet, and we're gonna get us a place in Uruguay.

So, right now when it's getting cold here, we'll be down there with Mr. Noland where it's warm."

85.   During the event, Harris spoke at length about the business and its future.

    a.   Approximately three hours into the event, Harris said, "Mr. Noland's plan… I am proof that it works… But there's thousands and thousands of people that have proven, there's probably hundreds of thousands, that have proven you can make an extra $500 a month without even having to really change what you're doing much.  That you can make an extra $1,000, $2,000, $3,000 a month if you put a little effort into it.  And you could make a million month if you're willing to really go all in."

    b.   About thirty minutes later, Harris stated, "People in the 3% don't use their own money to start businesses or do anything.  They use other peoples' money.  First of all, they use other peoples' efforts.  Like, they have people like us working for them and they get paid all the bucks.  Then they use other peoples' ideas.  They're not going to reinvent the wheel… [But] everything they do is other peoples' money… If you don't have the money, borrow the money somewhere.  Don't go to your bank account and take the $1,295 out, that's not what wealthy people do.  Take the card, pay it off as you go, and then when you get your Voz passes moved and you get paid, pay it all off.  Then you never had to take a penny out of your own money to do it with."

## SBH TRAINING EVENTS AND COST

86.     As I reviewed the SBH Private Facebook Group posts, I noted posts related to

SBH's "major" corporate events in 2018 and 2019.

a.     The Nashville "SBH Kick Off" event was held between January 27 and 28,

2018.  The cost of attendance was $295.00 for tickets purchased in

advance.

b.     The 2018 "RED" event was held between April 21 and 22, 2018.  The cost

of attendance was $795.00 for tickets purchased in advance.

c.     The "Wealth Warrior Bootcamp" event was held between June 23 and 24,

2018.  The cost of attendance was $295.00 for tickets purchased in

advance.

d.     The "MVP Unlimited" event was held between October 12 and 14, 2018,

2018.  The cost of attendance was $2,995.00 for tickets purchased in

advance.

e.     The Orlando "SBH Kick Off" event was held between January 26 and 27,

2019.  The cost of attendance was $325.00 for tickets purchased in

advance.

f.     The "Advanced Presenter Training" event was held on March 9, 2019.  The

cost of attendance was $195.00 for tickets purchased in advance.

g.     The 2019 "RED" event was held between April 27 and 28, 2019.  The cost

of attendance was $795.00 for tickets purchased in advance.

h.    The "ICON" event was held between September 6 and 8, 2019.  The cost of

attendance was $3,495.00 for tickets purchased in advance.

## CONSUMER COMPLAINTS

87.    On December 3, 2019, I searched the Consumer Sentinel Network for all

complaints filed referencing Jay Noland and his companies.  This search yielded

34 results with complaints dating from August 34, 2013 to October 29, 2019.  Six

of the complaints were for Serenigy Global, Noland's prior company.  True and

correct copies of the remaining 28 complaints are attached hereto as **Attachment**

**162**.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2020.

Adam Rottner

# Attachment 1

**STATE OF NEVADA**



*BARBARA K. CEGAVSKE*
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
**SECRETARY OF STATE**

**Certified Copy**

April 27, 2019

**Job Number:**       C20190424-1138
**Reference Number:**  00011308497-43
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| 20150444025-27 | Articles of Organization | 2 Pages/1 Copies |
| 20160518406-23 | Reinstatement | 1 Pages/1 Copies |
| 20160518407-34 | Annual List | 1 Pages/1 Copies |
| 20160518408-45 | Acceptance of Registered Agent | 1 Pages/1 Copies |
| 20170405846-77 | Annual List | 1 Pages/1 Copies |
| 20180364809-61 | Annual List | 1 Pages/1 Copies |

Respectfully,

Barbara K. Cegavske
Secretary of State

Certified By: Christine Rakow
Certificate Number: C20190424-1138

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138


*050105*



**BARBARA K. CEGAVSKE**
**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701–4201**
**(775) 684-5708**
**Website: www.nvsos.gov**

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegavske* | **20150444025-27** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **10/07/2015 10:19 AM** |
| State of Nevada | Entity Number |
| | **E0473862015-4** |

## Articles of Organization
## Limited-Liability Company
### (PURSUANT TO NRS CHAPTER 86)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| 1. Name of Limited-Liability Company: (must contain approved limited-liability company wording; see instructions) | SUCCESS BY MEDIA LLC | Check box if a Series Limited-Liability Company ☐ | Check box if a Restricted Limited-Liability Company ☐ |
|---|---|---|---|

| 2. Registered Agent for Service of Process: (check only one box) | ☐ Commercial Registered Agent: _____ Name |
|---|---|
| | ☒ Noncommercial Registered Agent (name and address below) ___OR___ ☐ Office or Position with Entity (name and address below) |
| | JAMES NOLAND |
| | Name of Noncommercial Registered Agent   OR   Name of Title of Office or Other Position with Entity |
| | 10620 SOUTHERN HIGHLANDS PKWY. 110-40 | LAS VEGAS | Nevada | 89141 |
| | Street Address | City | | Zip Code |
| | 10620 SOUTHERN HIGHLANDS PKWY. 110-40 | LAS VEGAS | Nevada | 89141 |
| | Mailing Address (if different from street address) | City | | Zip Code |

| 3. Dissolution Date: (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): |
|---|---|

| 4. Management: (required) | Company shall be managed by: ☒ Manager(s)   ☐ Member(s) (check only one box) |
|---|---|

| 5. Name and Address of each Manager or Managing Member: (attach additional page if more than 3) | 1) JAMES NOLAND |
|---|---|
| | Name |
| | 10620 SOUTHERN HIGHLANDS PKWY. 110-40 | LAS VEGAS | NV | 89141 |
| | Street Address | City | State | Zip Code |
| | 2) LINA NOLAND |
| | Name |
| | 10620 SOUTHERN HIGHLANDS PKWY. 110-40 | LAS VEGAS | NV | 89141 |
| | Street Address | City | State | Zip Code |
| | 3) |
| | Name |
| | Street Address | City | State | Zip Code |

| 6. Effective Date and Time: (optional) | Effective Date: _____   Effective Time: _____ |
|---|---|

| 7. Name, Address and Signature of Organizer: (attach additional page if more than 1 organizer) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State. |
|---|---|
| | EASTBIZ.COM, INC. | X EASTBIZ.COM, INC. |
| | Name | Organizer Signature |
| | 5348 VEGAS DR | LAS VEGAS | NV | 89108 |
| | Address | City | State | Zip Code |

| 8. Certificate of Acceptance of Appointment of Registered Agent: | I hereby accept appointment as Registered Agent for the above named Entity. |
|---|---|
| | X JAMES NOLAND | 10/7/2015 |
| | Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity | Date |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 86 DLLC Articles
Revised: 1-5-15

**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*180304*

## Registered Agent Acceptance

(PURSUANT TO NRS 77.310)

**This form may be submitted by:** a Commercial Registered Agent,
Noncommercial Registered Agent or Represented Entity. For more
information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

## Certificate of Acceptance of Appointment by Registered Agent

In the matter of | Success By Media LLC

Name of Represented Business Entity

I, | James Noland | am a:

Name of Appointed Registered Agent  *OR*  Represented Entity Serving as Own Agent*

(complete only one)

a) [ ]   commercial registered agent listed with the Nevada Secretary of State,

b) [X]   noncommercial registered agent with the following address for service of process:

| 10620 Southern Highlands Pkwy. 110-407 | Las Vegas | Nevada | 89141 |
| Street Address | City | | Zip Code |

| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

c) [ ]   represented entity accepting own service of process at the following address:

Title of Office or Position of Person in Represented Entity

| | | Nevada | |
| Street Address | City | | Zip Code |

| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

and hereby state that on | 10/07/2015 | I accepted the appointment as registered agent for
                                    Date
the above named business entity.

X _____                    10/07/2015
Authorized Signature of R.A. or On Behalf of R.A. Company          Date

*If changing Registered Agent when reinstating, officer's signature required.

X _____
Signature of Officer                                              Date

Nevada Secretary of State Form RA Acceptance
Revised: 1-5-15

BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*260203*

| Filed in the office of | Document Number |
| | 20160518406-23 |
| *Barbara K. Cegavske* | Filing Date and Time |
| Barbara K. Cegavske | 11/22/2016 6:16 AM |
| Secretary of State | Entity Number |
| State of Nevada | E0473862015-4 |

## Certificate of Reinstatement

(PURSUANT TO NRS CHAPTERS 78, 78A, 80, 81, 82, 84, 86, 87, 88 AND 89)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Reinstatement
### (For Entities Governed by NRS Chapters 78, 78A, 80, 81, 82, 84, 86, 87, 88 and 89)

1. Name of Entity:

SUCCESS BY MEDIA LLC

2. Entity Number:  E0473862015-4

3. Signature:

I declare under penalty of perjury that the reinstatement has been authorized by a court of competent jurisdiction or by the duly elected board of directors of the entity or if the entity has no board of directors, its equivalent of such board.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____          Date  11/17/2016

Signature of Officer or other Authorized Signature

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State Certificate of Reinstatement
Revised: 1-5-15

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

SUCCESS BY MEDIA LLC

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF **OCT 2015** TO **OCT 2017**

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

[X] Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all manager or managing members. If a Manager, or if none, a Managing Member of the LLC must sign the form, *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to the form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. *Ordering Copies:* If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

ANNUAL LIST FILING FEE: $150.00  LATE PENALTY: $75.00 (if filing late)   BUSINESS LICENSE FEE: $200.00  LATE PENALTY: $100.00 (if filing late)

ENTITY NUMBER

\*100403\*

Filed in the office of

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
**20160518407-34**

Filing Date and Time
**11/22/2016 6:16 AM**

Entity Number
**E0473862015-4**

ABOVE SPACE IS FOR OFFICE USE ONLY

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

[ ] Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [     ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**NRS 76.020 Exemption Codes**

001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | |
|---|---|
| James Noland | **MANAGER OR MANAGING MEMBER** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 9980 S. 300 W Suite 200 | Sandy | UT | 84070 |

| NAME | |
|---|---|
| Lina Noland | **MANAGER OR MANAGING MEMBER** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 9980 S. 300 W Suite 200 | Sandy | UT | 84070 |

| NAME | |
|---|---|
| | **MANAGER OR MANAGING MEMBER** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| NAME | |
|---|---|
| | **MANAGER OR MANAGING MEMBER** |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____     Title **Manager**     Date **11/07/2016**

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List Manor/Mem
Revised: 7-1-15



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

||||||||||||||||||||||||||||||||||||||
*180304*

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | **20160518408-45** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **11/22/2016 6:16 AM** |
| State of Nevada | Entity Number |
| | **E0473862015-4** |

## Registered Agent Acceptance

(PURSUANT TO NRS 77.310)

This form may be submitted by: a Commercial Registered Agent, Noncommercial Registered Agent or Represented Entity. For more information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Acceptance of Appointment by Registered Agent

In the matter of | Success By Media LLC

*Name of Represented Business Entity*

I, | EastBiz.com, Inc. | am a:

*Name of Appointed Registered Agent  OR ¡ Represented Entity Serving as Own Agent**

(complete only one)

a) ☒ commercial registered agent listed with the Nevada Secretary of State,

b) ☐ noncommercial registered agent with the following address for service of process:

| | | Nevada | |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

c) ☐ represented entity accepting own service of process at the following address:

Title of Office or Position of Person in Represented Entity

| | | Nevada | |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

and hereby state that on | 11/17/2016 | I accepted the appointment as registered agent for

the above named business entity.     *Date*

X _____          | 11/17/2016 |
**Authorized Signature of R.A. or On Behalf of R.A. Company**                    Date

*If changing Registered Agent when reinstating, officer's signature required.

X _____          11/17/2016
**Signature of Officer**                    Date

Nevada Secretary of State Form RA Acceptance
Revised: 1-5-15

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

| SUCCESS BY MEDIA LLC | E0473862015-4 |

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF  OCT, 2017  TO  OCT, 2018

*100403*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

Filed in the office of

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number
**20170405846-77**

Filing Date and Time
**09/26/2017 8:54 AM**

Entity Number
**E0473862015-4**

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

**ANNUAL LIST FILING FEE:** $150.00   LATE PENALTY: $75.00 (if filing late)    **BUSINESS LICENSE FEE:** $200.00   LATE PENALTY: $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

NRS 76.020 Exemption Codes

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code:

001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

| NAME | |
| JAMES NOLAND | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |

| NAME | |
| LINA NOLAND | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |

| NAME | |
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

| NAME | |
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** JAMES NOLAND

**Signature of Manager, Managing Member or Other Authorized Signature**

| Title | Date |
| MANAGER | 9/26/2017 8:54:08 AM |

Nevada Secretary of State List ManorMem
Revised:  7-1-17

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

| SUCCESS BY MEDIA LLC | E0473862015-4 |
|---|---|

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF    OCT, 2018    TO    OCT, 2019

*100403*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* Barbara K. Cegavske Secretary of State State of Nevada | 20180364809-61 |
| | Filing Date and Time 08/17/2018 12:16 PM |
| | Entity Number E0473862015-4 |

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**ANNUAL LIST FILING FEE:** $150.00   LATE PENALTY: $75.00 (if filing late)    **BUSINESS LICENSE FEE:** $200.00   LATE PENALTY: $100.00 (if filing late)

---

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

NRS 76.020 Exemption Codes

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

| NAME | |
|---|---|
| JAMES NOLAND | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 170 S GREEN VALLEY PKWY SUITE 300 | HENDERSON | NV | 89012 |

| NAME | |
|---|---|
| LINA NOLAND | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 170 S GREEN VALLEY PKWY SUITE 300 | HENDERSON | NV | 89012 |

| NAME | |
|---|---|
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| NAME | |
|---|---|
| | MANAGER OR MANAGING MEMBER |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X JAMES NOLAND

| Title | Date |
|---|---|
| MGR | 8/17/2018 12:16:43 PM |

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List ManorMem
Revised: 7-1-17



# SECRETARY OF STATE

# STATE OF NEVADA

# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **SUCCESS BY MEDIA LLC**, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since October 7, 2015, and is in good standing in this state.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on April 27, 2019.

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State

Certified By: Christine Rakow
Certificate Number: C20190424-1138

# Attachment 2

**STATE OF NEVADA**



**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary*
*for Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

OFFICE OF THE
**SECRETARY OF STATE**

**Certified Copy**

April 27, 2019

| | |
|---|---|
| **Job Number:** | C20190424-1138 |
| **Reference Number:** | 00011308497-43 |
| **Expedite:** | |
| **Through Date:** | |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| **Document Number(s)** | **Description** | **Number of Pages** |
|---|---|---|
| 20180382904-07 | Articles of Incorporation | 2 Pages/1 Copies |
| 20180382905-18 | Initial List | 2 Pages/1 Copies |

Respectfully,

*Barbara K. Cegavske*

Barbara K. Cegavske
Secretary of State

Certified By: Christine Rakow
Certificate Number: C20190424-1138

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138



*040105*



**BARBARA K. CEGAVSKE**
**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website: www.nvsos.gov**

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske*<br>Barbara K. Cegavske<br>Secretary of State<br>State of Nevada | **20180382904-07** |
| | Filing Date and Time<br>**08/30/2018 10:22 AM** |
| | Entity Number<br>**E0410112018-3** |

## Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Corporation:** | SUCCESS BY MEDIA HOLDINGS INC |

**2. Registered Agent for Service of Process:** (check only one box)

☐ Commercial Registered Agent: _____
   Name

☒ Noncommercial Registered Agent      *OR*      ☐ Office or Position with Entity
   (name and address below)                           (name and address below)

| JAMES NOLAND |
|---|
| Name of Noncommercial Registered Agent **OR** Name of Title of Office or Other Position with Entity |

| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | Nevada | 89012 |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

**3. Authorized Stock:** (number of shares corporation is authorized to issue)

| Number of shares *with par value:* | Par value per share: $ | Number of shares *without par value:* 1000 |
|---|---|---|

**4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees)

1) | JAMES NOLAND |
   |---|
   | Name |

| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

2) | LINA NOLAND |
   |---|
   | Name |

| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

**5. Purpose:** (optional; required only if Benefit Corporation status selected)

*The purpose of the corporation shall be:*
ANY LEGAL PURPOSE

**6. Benefit Corporation:** (see instructions)
☐ Yes

**7. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator)

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| JAMES NOLAND | X JAMES NOLAND |
|---|---|
| Name | Incorporator Signature |

| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |
|---|---|---|---|
| Address | City | State | Zip Code |

**8. Certificate of Acceptance of Appointment of Registered Agent:**

*I hereby accept appointment as Registered Agent for the above named Entity.*

| X JAMES NOLAND | 8/30/2018 |
|---|---|
| Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity | Date |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 1-5-15





**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*180304*

## Registered Agent Acceptance

(PURSUANT TO NRS 77.310)

**This form may be submitted by:** a Commercial Registered Agent, Noncommercial Registered Agent or Represented Entity. For more information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT                ABOVE SPACE IS FOR OFFICE USE ONLY

## Certificate of Acceptance of Appointment by Registered Agent

In the matter of | Success By Media Holdings Inc

Name of Represented Business Entity

I, | James Noland | am a:

Name of Appointed Registered Agent   *OR*   Represented Entity Serving as Own Agent*

(complete only one)

a) ☐ commercial registered agent listed with the Nevada Secretary of State,

b) ☒ noncommercial registered agent with the following address for service of process:

| 170 S Green Valley Pkwy, 300 | Henderson | Nevada | 89012 |
| Street Address | City | | Zip Code |

| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

c) ☐ represented entity accepting own service of process at the following address:

Title of Office or Position of Person in Represented Entity

| | | Nevada | |
| Street Address | City | | Zip Code |

| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

and hereby state that on | 08/29/2018 | I accepted the appointment as registered agent for
the above named business entity.                Date

X *J. Noland*                          | 8/29/2018 |
Authorized Signature of R.A. or On Behalf of R.A. Company                Date

*If changing Registered Agent when reinstating, officer's signature required.

X _____          | |
Signature of Officer                Date

Nevada Secretary of State Form RA Acceptance
Revised: 1-5-15

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

| SUCCESS BY MEDIA HOLDINGS INC | E0410112018-3 |

NAME OF CORPORATION

FOR THE FILING PERIOD OF  | AUG, 2018 |  TO  | AUG, 2019 |

*100103*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one officer. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
| *Barbara K. Cegavske* | 20180382905-18 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 08/30/2018 10:22 AM |
| State of Nevada | Entity Number |
| | E0410112018-3 |

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [    ]

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

NRS 76.020 Exemption Codes
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

☐ This corporation is a publicly traded corporation. The Central Index Key number is: [        ]

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) |
| JAMES NOLAND | **PRESIDENT** (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |

| NAME | TITLE(S) |
| LINA NOLAND | **SECRETARY** (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |

| NAME | TITLE(S) |
| JAMES NOLAND | **TREASURER** (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |

| NAME | TITLE(S) |
| JAMES NOLAND | **DIRECTOR** |
| ADDRESS | CITY | STATE | ZIP CODE |
| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** JAMES NOLAND

**Signature of Officer or Other Authorized Signature**

| Title | Date |
| PRESIDENT | 8/30/2018 10:22:52 AM |

Nevada Secretary of State List Profit
Form: 100103   Revised: 7-1-17

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS AND DIRECTORS OF:**

ENTITY NUMBER

| | |
|---|---|
| SUCCESS BY MEDIA HOLDINGS INC | E0410112018-3 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| LINA NOLAND | DIRECTOR | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 1452 W HORIZON RIDGE PKWY, SUITE 503 | HENDERSON | NV | 89012 |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

| NAME | TITLE(S) | | |
|---|---|---|---|
| | | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| | | | |

Nevada Secretary of State List Profit AP
Revised: 3-28-14