**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | No. CV-20-00047-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| James D Noland, Jr., et al., | |
| Defendants. | |

On January 13, 2020, the Court granted Plaintiff's Federal Trade Commission's ("FTC") motion for a temporary restraining order ("TRO"). (Doc. 21.) The FTC has now notified the Court that one of the defendants subject to that TRO, Thomas G. Sacca, Jr., is the incorrect party. (Doc. 36.) The TRO should have instead been applied to Thomas G. Sacca. (*Id.*) As such, the FTC requests that the TRO be lifted as to Sacca Jr. and applied to Sacca. (*Id.*)

Accordingly, **IT IS ORDERED** that the FTC's motion to apply the TRO to Thomas G. Sacca and lift it from Thomas G. Sacca, Jr., (Doc. 36) is **granted**. An amended temporary restraining order reflecting this change will be issued under separate order. All deadlines contained in the amended TRO will run from the date the TRO was originally entered.

Dated this 17th day of January, 2020.

Dominic W. Lanza
United States District Judge