IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br><br>v.<br><br>James D. Noland, Jr., et al.,<br><br>    Defendants. | No. CV-20-00047-PHX-DWL<br><br>**ORDER** |

Pending before the Court is the Receiver's Fourth Motion for Order Approving Fees and Costs Incurred by the Receiver and Estate Professionals (the "Motion"). (Doc. 236.) No response has been filed, and therefore the motion may be granted summarily. LRCiv 7.2(i).

Accordingly,

**IT IS ORDERED** that the Motion (Doc. 236) is granted. The Court approves the requested fees in their full amounts and authorizes and directs the Receiver to pay from the receivership asset in this case and in the possession of the Receiver:

1. The amount of $11,970.00 to the Receiver for services rendered during the period August 1, 2020, through October 31, 2020, with an additional $7,980.00 approved but held back for payment until the conclusion of the case;

2. The amount of $11,950.80 to Osborn Maledon, P.A. for services rendered during the period August 1, 2020, through October 31, 2020, with an additional $7,967.20 approved but held back for payment until the conclusion of the case; and

3. The amount of $11,163.45 to Simon Consulting for services rendered and costs incurred or paid during the period August 1, 2020, through October 31, 2020, with an additional $7,408.00 approved but held back for payment until the conclusion of the case.

Dated this 16th day of December, 2020.

_____
Dominic W. Lanza
United States District Judge