Maurice R. Mitts, Esq. (*pro hac vice*)
**Mitts Law, LLC**
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0110 phone / (215) 866-0111 fax
mmitts@mittslaw.com

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Federal Trade Commission**, | No. 2:20-cv-00047-DWL |
| Plaintiff, | |
| vs. | |
| **James D. Noland, Jr., a/k/a Jay Noland and J.D. Noland, individually and as an officer of Success By Media Holdings Inc., Success By Media LLC, Enhanced Capital Funding, and Rinpark SA** *et al.*, | **SECOND SUPPLEMENTAL MEMORANDUM TO INTERVENORS' RULE 24 MOTION TO INTERVENE** |
| Defendants. | |

Intervenors,[1] a group of affiliates of SBH,[2] hereby file this Second Supplemental Memorandum to Proposed Intervenors' February 18, 2021 Rule 24 Motion to Intervene (Dkt. No. 274) (the "Motion"), to inform the Court of a further material change in circumstances of Intervenors. Specifically, as of the filing of the Motion, Intervenors numbered 276. Intervenors filed a Supplemental Memorandum (Dkt. No. 283) advising the Court of additional individuals who engaged undersigned counsel in this matter as Intervenors, and joining in the

---

[1] For brevity and clarity, terms defined in Intervenors' February 18, 2021 Rule 24 Motion to Intervene (Dkt. No. 274) are incorporated by reference and utilized herein.

[2] As used herein, "SBH" refers to any or all of the corporate defendants with whom Intervenors have contractual agreements for SBH's services.

Motion.  Since filing the Supplemental Memorandum, further individuals have engaged undersigned counsel and join in the Motion.  A list of the additional Intervenors is appended hereto as Exhibit "A" and incorporated herein by reference.  Accordingly, at present, 543 affiliates of SBH, the very consumers that the FTC purportedly seeks to protect, seek to intervene in this matter, as set forth in the Motion.

Respectfully submitted,

/s/ Maurice R. Mitts
Maurice R. Mitts, Esq. (*pro hac vice*)
**Mitts Law, LLC**
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0110 phone / (215) 866-0111 fax
mmitts@mittslaw.com

Attorney for Proposed Intervenors

# EXHIBIT A

**"EXHIBIT A" ADDITIONAL INTERVENORS – SUCCESS BY HEALTH AFFILIATES**

| | |
|---|---|
| David Jesse Duran | Paula Christy Loy |
| Miranda Laine Haley | Thomas Loy |
| David Small | Yevonne Carraway Pawloski |
| Chad Anderson | Ashley Phillips |
| John Archuleta | Worden Rustemeyer |
| Kimberly Archuleta | Joseph Spychalski |
| Katelin Bassett | Stacie Starkey |
| Joie Lane Bier | Rebecca Summers |
| Melanie Boltze | Scott Summers |
| Anthony Boston | Linda Tocco |
| Maurice Allen Boston | Michelle Tocco |
| Marty Buss | James Todd |
| Daniel Carroll | Julie Villalobos |
| Meredith Carroll | Matthew Villalobos |
| Angela Coen | Inge Volgelmann |
| Tracy Cornell | Patte Waddell |
| Rosemary Crawford | James Wilson |
| Margaret Eiser | Kimberly Wilson |
| Gerald Fletcher | Brendon Michael Porter |
| Tamera Fletcher | Gary Lee Tuck |
| Ruth Fluharty | Heather Marie Tuck |
| Aaron Fyre | Samantha Renae Porter |
| Jodi Gillman | Sherrie Lynn Tuck |
| Shirley Harvil | Hugo Bernard Olof Wikstrom |
| Michael Highley | Donald Miller |
| Andrea Loy | William Chester Henderson |

## **Certificate of Service**

I, Maurice R. Mitts, certify that the original **Supplemental Memorandum to Intervenors' Rule 24 Motion to Intervene** was e-filed this 24th day of March, 2021, with the clerk of the court's CM/ECF filing system, and copies were emailed via the court's ECF filing system this same day to all parties of record in this matter.

                                                             /s/ Maurice R. Mitts
                                                             Maurice R. Mitts, Esquire