EVAN M. MENDELSON, DC Bar No. 996765
JONATHAN W. WARE, DC Bar No. 989414
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-6316
Washington, DC 20580
(202) 326-3320; emendelson@ftc.gov (Mendelson)
(202) 326-2726; jware1@ftc.gov (Ware)
Attorneys for Plaintiff Federal Trade Commission

WARREN J. STAPLETON, AZ 018646
Osborn Maledon PA
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012-2794
Tel: (602) 640-9000
Fax: (602) 640-9050
wstapleton@omlaw.com
Attorneys for Receiver Peter Davis

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Federal Trade Commission,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>James D. Noland, Jr., *et al.*,<br><br>　　　　Defendants. | No. CV-20-0047-PHX-DWL<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ENTRY OF STIPULATED ORDER AGAINST CORPORATE DEFENDANTS** |

　　　　Pursuant to the Court's August 9, 2023 Order (Doc. 586), Plaintiff Federal Trade Commission and Defendants Success By Media Holdings Inc., Success By Media LLC, and Enhanced Capital Funding (collectively, the "Settling Parties") hereby give the Court notice they have reached a settlement.  Attached for review and entry by the Court is a Stipulated Order of Permanent Injunction and Monetary Judgement as to Success By Media Holdings Inc., Success By Media LLC, and Enhanced Capital Funding (collectively, the "Corporate Defendants").  The Settling Parties respectfully request the Court enter the proposed Stipulated Order.

1  Following the trial involving the Individual Defendants and the Court's post-trial orders (Doc. 579, 582), the FTC negotiated with the Receiver for the Corporate Defendants for relief that mirrors the terms proposed for the Individual Defendants (*see* Doc. 583-1).  The attached Stipulated Order will resolve all outstanding claims against the Corporate Defendants.  This approach is consistent with the Preliminary Injunction (Doc. 109) because, as the Court has noted, after appointment of a Receiver, the "corporation's management loses the power to run its affairs and the receiver obtains all of the corporation's power and assets."  (Doc. 168 at 8-9.)  Additionally, the result is not inequitable because the Individual Defendants already had a full opportunity, at trial, to contest the Corporate Defendants' liability and the appropriate monetary remedy for Corporate Defendants' violations.

The FTC also respectfully requests that upon entry of the attached Stipulated Order, the Court enter the FTC's proposed Final Order as to the Individual Defendants. (Doc. 583-1; *see also* Docs. 581, 583.)

\* \* \*

| | |
|---|---|
| Dated: August 22, 2023 | Respectfully submitted,<br><br>/s/ Jonathan W. Ware<br>EVAN M. MENDELSON, DC Bar No. 996765<br>JONATHAN W. WARE, DC Bar No. 989414<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Mailstop CC-6316<br>Washington, DC 20580<br>(202) 326-3320; emendelson@ftc.gov<br>(202) 326-2726; jware1@ftc.gov<br>(202) 326-3197 (Fax)<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION<br><br><br>/s/ Warren J. Stapleton<br>Warren J. Stapleton, AZ 018646<br>Osborn Maledon PA<br>2929 N. Central Avenue, Suite 2100<br>Phoenix, AZ 85012-2794<br>Tel: (602) 640-9000<br>Fax: (602) 640-9050<br>wstapleton@omlaw.com<br><br>Attorneys for Receiver Peter Davis |

3