# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>James D Noland, Jr., et al.,<br><br>Defendants. | No. CV-20-00047-PHX-DWL<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that pursuant to the Court's orders filed September 18, 2023 (Docs. 591, 592), judgment is entered in favor of Plaintiff and against the Contempt Defendants (James D. Noland, Jr., Scott Harris, and Thomas Sacca), Success By Media LLC, and Success By Media Holdings Inc., jointly and severally, in the amount of $7,306,873.14 plus post-judgment interest, and against the Individual Defendants (James D. Noland, Jr., Lina Noland, Scott Harris, and Thomas Sacca) and the Corporate Defendants (Success By Media Holdings Inc., Success By Media LLC, Enhanced Capital Funding, and each of their subsidiaries, affiliates, successors, and assigns), jointly and severally, in the amount of $6,829 plus post-judgment interest. The latter award is part of, and not in addition to, the former award. Judgment is also entered in favor of Plaintiff and against Defendants in the form of permanent injunctions as set forth in the Court's September 18, 2023 orders. (Docs. 591, 592.)

Dated this 18th day of September, 2023.

Dominic W. Lanza
United States District Judge