234 E Inglewood St
Mesa, AZ 85201
480-747-2121

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | Case No. 2:20-cv-00047-PHX-DWL |
| Plaintiff, | |
| vs. | |
| James D. Noland, Jr., et al,, | |
| Defendants. | |

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCivP 7.1 a1 7.1 b1

**ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF APPEAL**

Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, David Small appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:

- April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24 Motion to Intervene

- August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed Rule 24 Motion to Intervene

- September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott Harris, and Thomas G. Sacca

1

- September 18, 2023 (Doc. 596) Judgment

Dated: November 17, 2023.

Very respectfully,

By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small

*Melanie Summers*