Stephen R. Cochell (*admitted PHV*)
srcochell@gmail.com
Jonathan L. Slotter (*admitted PHV*)
jslotter@cochelllawfirm.com
**COCHELL LAW FIRM P.C.**
5850 San Felipe Ste 500
Houston Texas 77057
Tel: (346)800-3500

Attorney for Defendants
James D. Noland, *et al*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br><br>    vs.<br><br>James D. Noland, Jr., et al,,<br><br>    Defendants. | Case No. 2:20-cv-00047-PHX-DWL |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Individual Defendants Jay Noland, Lina Noland, Scott Harris, and Thomas Sacca ("Individual Defendants") appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Orders in this case and in Case No. 2:00-cv-02260, which was consolidated for trial with the instant case.  Doc. 516.   Individual Defendants appeal the following orders:

- January 13, 2020 (Doc.13)  Order Granting Temporary Restraining Order ("TRO"), Asset Freeze, Other Equitable Relief, And An Order To Show Cause Why A Preliminary Injunction Should Not Issue Against Individual Defendants and Corporate Defendants

- February 28, 2020 (Doc. 109) Order Granting Motion for Preliminary Injunction

- August 30, 2021 (Doc. 401) Order Granting FTC's Motion for Sanctions

- September 9, 2021 (Doc. 406) Order Granting FTC's Motion for Summary Judgment on Liability

- September 23, 2021 (Doc. 409) Order Granting FTC Motion for Preliminary Injunction and Denying Defendants Motion to Dissolve Preliminary Injunction and stay or Dismiss Sec. 13(b) Proceedings

- February 17, 2022 (Doc. 473) Order Denying Defendants Motion to Represent the Corporate Defendants

- March 28, 2022 (Doc. 489) Order Denying Motion for Relief Pursuant to Rule 54(b)

- May 15, 2022 (Doc. 136-Contempt Docket) Order Denying Motion to Dismiss Contempt Charge

- June 29, 2022 (Doc. 509) Order Denying Defendants' Motion for Exclusion of Monetary Remedies

- September 18, 2023 (Doc. 591) Final Order of Permanent Injunction and Monetary Judgment as to Success By Media LLC and Success By Media Holdings Inc.*

- September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott Harris, and Thomas G. Sacca.

- September 18, 2023 (Doc. 593) Final Order Of Permanent Injunction And Monetary Judgment As To Defendants James D. Noland, Jr., Lina Noland, Scott Harris, And Thomas G. Sacca

- September 18, 2023 (Doc. 596) Judgment as to Contempt Defendants and Individual and Corporate Defendants

Dated: November 17, 2023.

Very respectfully,

COCHELL LAW FIRM P.C.

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorneys for DEFENDANTS
James D. Noland, et al.

*Appeal of this Order is contingent on prevailing on appeal of the trial court's denial of Defendants' Motion to Represent the Corporate Defendants (Dkt. 473).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument, has been served on this 17th day of November, 2023 upon all counsel of record by email, facsimile, by regular mail or pursuant to the Court's ECF system.

*/s/ Stephen R. Cochell*
Stephen R. Cochell