UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>JAMES D NOLAND, Jr., individually and as an officer of Success by Media Holdings Inc. and Success by Media LLC, et al.<br><br>      Defendant-ctr-claimants - Appellants<br><br>SUCCESS BY MEDIA HOLDINGS INC., a corporation doing business as Success By Health, doing business as Success By Media, et al.<br><br>      Defendants. | No. 23-3757<br><br>D.C. No.<br>2:20-cv-00047-DWL<br>District of Arizona,<br>Phoenix<br><br>ORDER |

      The motion (Docket Entry No. 8) of Stephen R. Cochell and Jonathan L. Slotter and The Cochell Law Firm to withdraw as counsel for appellants is granted. The Clerk will amend the docket to reflect that appellants James D. Noland, Scott Harris, Thomas Sacca, and Lina Noland are proceeding pro se.

      The opening briefs are due March 5, 2024. The answering brief is due April 4, 2024. The optional reply briefs are due within 21 days after service of the answering brief.

The Clerk will provide a copy of the pro se case opening packet along with this order to appellants James D. Noland, Scott Harris, Thomas Sacca, and Lina Noland at the addresses in Docket Entry No. 12.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT