| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 11 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FEDERAL TRADE COMMISSION,

    Plaintiff - Appellee,

 v.

SUCCESS BY MEDIA HOLDINGS INC., a corporation doing business as Success By Health doing business as Success By Media, et al.,

    Defendants - Appellees,

RINPARK SA, et al.,

    Defendants,

LINA NOLAND, individually and as an officer of Success by Media Holdings Inc. and Success By Media LLC, et al.,

    Defendant-ctr-claimants - Appellees,

 v.

MELANIE SUMMERS, et al.,

    Movants - Appellants.

No. 23-3781

D.C. No. 2:20-cv-00047-DWL
District of Arizona, Phoenix

ORDER

    On January 31, 2024, appellants filed individually signed copies of the notice of appeal. The notices of appeal include the address for service of each individual appellant. Accordingly, the court's January 9, 2024 order (Docket Entry

No. 6) is discharged.  The Clerk will transmit a copy of the signed notices of appeal received on January 31, 2024 (Docket Entry No. 7) to the district court.

The briefing schedule is reset.  The opening brief is due May 13, 2024.  The answering brief is due June 12, 2024.  The optional reply brief is due within 21 days of service of the answering brief.

Appellants are reminded that they must individually sign their filings in this court.  *See McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966) (non-attorney litigants may not represent other individual litigants).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT