Robert G Baird
39076 Rosp Str.
Umatilla Fl. 32784
23 - 3781

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☑

NOV 1 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | Case No. 2:20-cv-00047-PHX-DWL |
| Plaintiff, | |
| vs. | |
| James D. Noland, Jr., et al,, | THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT |
| Defendants. | REFERENCE LRCivP 7.1a) 7.1 b) _____ (Rule Number/Section) |

**ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF APPEAL**

Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, David Small appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:

- April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24 Motion to Intervene

- August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed Rule 24 Motion to Intervene

- September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott Harris, and Thomas G. Sacca

1

FILED _____
DOCKETED _____
                  DATE        INITIAL

JAN 3 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

- September 18, 2023 (Doc. 596) Judgment

Dated:  November 17, 2023.

Very respectfully,

By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small

23-3781

2

Robert Mehler
250 Wild Rose Lane
Paso Robles, CA
93446
560-243-6526

Docket # 23-3781

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 3 1 2024

FILED

DATE          INITIAL

1

2          UNITED STATES DISTRICT COURT

3          FOR THE DISTRICT OF ARIZONA

4

5   Federal Trade Commission,              Case No. 2:20-cv-00047-PHX-DWL

6                Plaintiff,

7        vs.

8   James D. Noland, Jr., et al,,

9                Defendants.

10                                          (Case Number/Section)

11
    **ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES**
12  **MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY**
13  **ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF**
    **APPEAL**
14

15          Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers,

16  Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout,

17
    Clayton Miller, David Small appeal to the United States Court of Appeals for the
18
19  Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer,

20  Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird,

21
    Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:
22

23      • April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24
          Motion to Intervene
24

25      • August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed
          Rule 24 Motion to Intervene
26

27      • September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and
          Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott
28        Harris, and Thomas G. Sacca

- September 18, 2023 (Doc. 596) Judgment

Dated:  November 17, 2023.

Very respectfully,

By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr.
James Maranakis, Mike King, Sherry Harrod, Rob Baird,
Debby Armentrout, Clayton Miller, and David Small

Robert Mehler

Docket # 23-3781

2

*James Marina*
*12061 200th St S*
*Boca Raton, FL 33498*

FILED ✓    LODGED
RECEIVED ✓ COPY

NOV 1 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | Case No. 2:20-CV-00047-PHX-DWL |
| Plaintiff, | |
| vs. | |
| James D. Noland, Jr., et al,, | |
| Defendants. | |

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 3 1 2024

FILED_____
DOCKETED_____
THIS DOCUMENT NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE 12cv 7(c) 2(b)

## ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF APPEAL

Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, David Small appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:

- April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24 Motion to Intervene

- August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed **Rule 24 Motion to Intervene**

- September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott Harris, and Thomas G. Sacca

1

1
2   • September 18, 2023 (Doc. 596) Judgment

3   Dated:  November 17, 2023.

4                               Very respectfully,

5

6

7   By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr.
    James Maranakis, Mike King, Sherry Harrod, Rob Baird,
8   Debby Armentrout, Clayton Miller, and David Small

9   James Maranakis, AA

10  Docket number 23-3781

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Clayton D. Miller*
*2196 560th St. S.W.*        *319-458-9922*
*Kalona, IA 52247*        *Docket# 23-3781*

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | Case No. 2:20-cv-00047-DWL |
| Plaintiff, | |
| vs. | **R E C E I V E D**<br>U.S. COURT OF APPEALS<br><br>JAN 3 1 2024<br><br>FILED _____<br>DOCKETED _____<br>DATE        INITIAL |
| James D. Noland, Jr., et al,, | |
| Defendants. | REFERENCE _____<br>(Rule Number/Section) |

**ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF APPEAL**

Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, David Small appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:

- April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24 Motion to Intervene

- August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed Rule 24 Motion to Intervene

- September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott Harris, and Thomas G. Sacca

1

- September 18, 2023 (Doc. 596) Judgment

Dated:  November 17, 2023.

Very respectfully,

By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small

*Clayton D. Miller*

Docket # 23-3781

2

*Dr. JoDee Baer*
*9247 - San Jose Blvd 23 -*
*Jacksonville FL 3278 1*
*Howby in the hills*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Federal Trade Commission,

Plaintiff,

vs.

James D. Noland, Jr., et al,,

Defendants.

Case No. 2:20-cv-00047-PHX-DWL

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 3 1 2024

FILED _____
DOCKETED _____
DATE _____ INITIAL
THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LRCvP 7.1a) 7.1b)_
(Rule Number/Section)

**ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF APPEAL**

Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, David Small appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:

- April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24 Motion to Intervene

- August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed Rule 24 Motion to Intervene

- September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott Harris, and Thomas G. Sacca

1

- September 18, 2023 (Doc. 596) Judgment

Dated:  November 17, 2023.

Very respectfully,

By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small

Docket# 23 - 3781

2

#23-3787
David Small
2300 Yorkshire Dr.
Greensboro, NC 27406

FILED ✓    LODGED
RECEIVED    COPY ✓

NOV 1 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FILED
DOCKETED _____
                    DATE         INITIAL

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LRCivP 7.1(c) 7.1b1
                    (Rule Number/Section)

1

2       UNITED STATES DISTRICT COURT

3       FOR THE DISTRICT OF ARIZONA

4

5   Federal Trade Commission,              Case No. 2:20-cv-00047-PHX-DWL

6            Plaintiff,

7       vs.

8   James D. Noland, Jr., et al,,

9            Defendants.

10

11  **ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES**
12  **MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY**
13  ~~ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF~~
    **APPEAL**

14

15       Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers,

16  Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout,

17  Clayton Miller, David Small appeal to the United States Court of Appeals for the

18

19  ~~Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer,~~

20  Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird,

21  Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:

22

23       • April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24
            Motion to Intervene

24

25       • ~~August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed~~
            Rule 24 Motion to Intervene

26

27       • September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and
            Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott
28          Harris, and Thomas G. Sacca

1

- September 18, 2023 (Doc. 596) Judgment

Dated:  November 17, 2023.

Very respectfully,

By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small

David Small, A.A.

Docket # 23-3781

2

Sherry Harrod
706 River Ridge Rd.
Frankfurt, Ky 40601
502-330-7134
Docket Numbers 23-3781

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FILED
RECEIVED
LODGED
COPY

NOV 1 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Federal Trade Commission,

Plaintiff,

vs.

James D. Noland, Jr., et al,,

Defendants.

Case No. 2:20-cv-00047-PHX-DWL

FILED_____
DOCKETED_____
DATE          INITIAL

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCivP 7.1(a) 7.1b1
(Rule Number/Section)

## ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF APPEAL

Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, David Small appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:

- April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24 Motion to Intervene

- August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed Rule 24 Motion to Intervene

- September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott Harris, and Thomas G. Sacca

1

1

2    • September 18, 2023 (Doc. 596) Judgment

3    Dated:  November 17, 2023.

4
                          Very respectfully,
5

6
                          By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr.
7                         James Maranakis, Mike King, Sherry Harrod, Rob Baird,
8                         Debby Armentrout, Clayton Miller, and David Small

9
                          *Shu Harris*
10
                          *Docket # 23-3781*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Debby Armentrout
13185 Bethany Road
Milton, GA 30009

Docket # 23-3781



1

2                UNITED STATES DISTRICT COURT

3                FOR THE DISTRICT OF ARIZONA

4

5   Federal Trade Commission,        Case No. 2:20-cr-8004E-PHK-DWL

6             Plaintiff,             Reference the docket number,

7   vs.                             23-3781

8   James D. Noland, Jr., et al,,

9             Defendants.

MOLLY C. DWYER, CLERK
US COURT OF APPEALS

JAN 3 1 2024

FILED_____
DOCKETED_____   DATE   INITIAL

10

11  **ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES**
12  **MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY**
13  **ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF**
    **APPEAL**
14

15          Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers,

16  Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout,

17
    Clayton Miller, David Small appeal to the United States Court of Appeals for the
18

19  Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer,

20  Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird,

21
    Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:
22

23  • April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24
      Motion to Intervene
24

25  • August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed
      Rule 24 Motion to Intervene
26

27  • September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and
      Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott
28    Harris, and Thomas G. Sacca

                                    1

- September 18, 2023 (Doc. 596) Judgment

    Dated:  November 17, 2023.

Very respectfully,

*Debby Armentrout*

By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout, Clayton Miller, and David Small

Docket # 23-3781

Docket # 23-3781

Mike King
108 Charmuth Rd
Lutherville Timonium, MD 21093
(410) 241- 4511

1

2                    UNITED STATES DISTRICT COURT

3                     FOR THE DISTRICT OF ARIZONA

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

4

5    Federal Trade Commission,          Case No. 2:20-cv-00047-PHX-DWL
                                         JAN 3 1 2024
6              Plaintiff,
                                         FILED_____
7        vs.                             DOCKETED_____
                                                    DATE          INITIAL
8    James D. Noland, Jr., et al,,

9              Defendants.

10                                       (Rule Number/Section)

11

12   **ROBERT MEHLER, JO DEE BAER, MELANIE SUMMERS, DR. JAMES
     MARINAKIS, MIKE KING, SHERRY HARROD, ROB BAIRD, DEBBY
13   ARMENTROUT, CLAYTON MILLER, and DAVID SMALL NOTICE OF
     APPEAL**

14

15          Notice is hereby given that Robert Mehler, Jo Dee Baer, Melanie Summers,

16   Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird, Debby Armentrout,

17
     Clayton Miller, David Small appeal to the United States Court of Appeals for the
18
19   Ninth Circuit from this Court's Orders. The Orders that Robert Mehler, Jo Dee Baer,

20   Melanie Summers, Dr. James Maranakis, Mike King, Sherry Harrod, Rob Baird,

21
     Debby Armentrout, Clayton Miller, and David Small wish to appeal are as follows:
22

23        • April 02, 2021 (Doc. 313) Order Denying Proposed Intervenors' Rule 24
            Motion to Intervene
24

25        • August 02, 2021 (Doc. 386) Order Denying Proposed Intervenors' Renewed
            Rule 24 Motion to Intervene
26

27        • September 18, 2023 (Doc. 592) Final Order of Permanent Injunction and
            Monetary Judgment as to Defendants James D. Noland, Jr., Lina Noland, Scott
28          Harris, and Thomas G. Sacca

                                         1

- September 18, 2023 (Doc. 596) Judgment

Dated:  November 17, 2023.

Very respectfully,

By: Robert Mehler, Jo Dee Baer, Melanie Summers, Dr.
James Maranakis, Mike King, Sherry Harrod, Rob Baird,
Debby Armentrout, Clayton Miller, and David Small

Mike King

Docket # 23-3781

2