| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 6 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FEDERAL TRADE COMMISSION,

      Plaintiff - Appellee,

v.

SUCCESS BY MEDIA HOLDINGS INC., a corporation doing business as Success By Health doing business as Success By Media; et al.,

      Defendants - Appellees,

and

RINPARK SA; et al.,

      Defendants,

LINA NOLAND, individually and as an officer of Success by Media Holdings Inc. and Success By Media LLC; et al.,

      Defendant-ctr-claimants - Appellees,

  v.

MELANIE SUMMERS; et al.,

      Movants - Appellants.

No. 23-3781

D.C. No. 2:20-cv-00047-DWL
District of Arizona, Phoenix

ORDER

Appellants have failed to file the opening brief in this case. Pursuant to Ninth Circuit Rule 42-1, this case is dismissed for failure to prosecute.

This order will be served on the district court and will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT